# EXHIBIT 5

**Exhibit 5 – Infringement Claim Chart for U.S. Patent No. 12,140,445**

The Motive Safety Hub, used alone or in combination with Motive Vehicle Gateway Devices and/or the Motive Platform, infringes at least claim 7 of U.S. Patent No. 12,140,445. Samsara prepares these contentions based on publicly available information and Samsara's current knowledge. Samsara expressly reserves the right to supplement and/or amend these contentions.

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| 7[pre]. A system comprising: | Motive's fleet safety system—the "Motive Platform" is a system that includes the claimed components and functionality. The Motive Platform comprises in-vehicle hardware, backend computing systems, and user-facing software that collectively operate as a system. This system includes vehicle gateway devices that collect vehicle metric data, backend servers that receive and process that data, and the Motive Safety Hub graphical user interface that presents processed results to users.<br><br> |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 7[a] a non-transitory computer readable storage medium having program instructions embodied therewith; and | Motive utilizes non-transitory computer readable storage mediums with program instructions embodied therewith.  Motive's vehicle and asset gateways contain internal flash memory having program instructions, and the Motive Cloud utilizes backend database servers, which also include non-transitory computer-readable storage media having program instructions.  The Smart Event Thresholds guide describes data science models that operate on stored safety event data to filter and surface high-risk events.  Motive's Safety Hub relies on backend software that stores event processing, filtering, and analytics logic to identify and surface risk events and metrics.<br><br>**Memory**<br>Up to 6 weeks of log data<br><br>Motive Asset Gateway Solar Spec Sheet at 4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | |

Motive Dual-Facing AI Dashcam Plus Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/dual-facing-ai-dashcam-plus/.

More specifically, Smart Event Thresholds are proprietary data science models that sit in the intelligence layer of the Motive platform. They instantly assess all of the safety events captured by the Vehicle Gateway and AI Dashcam and surface the events that most need your attention.

Smart Event Thresholds Guide at 3, https://gomotive.com/wp-content/uploads/2023/03/smart_event_thresholds_guide.pdf.

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | <br><br>https://helpcenter.gomotive.com/hc/en-us/articles/6162472353053-What-is-Safety-Hub.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 7[b] one or more processors configured to execute the program instructions to cause the system to: | Motive's system includes one or more processors within vehicle gateway devices and backend servers that execute stored program instructions.  These processors ingest vehicle metric data, determine correlated datasets based on vehicle behavior and geography, and dynamically present correlated results through the Motive Safety Hub interactive graphical user interface. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | **Memory**<br><br>**Up to 6 weeks of log data**<br><br>Motive Asset Gateway Solar Spec Sheet at 4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf.<br><br><br><br>Motive Dual-Facing AI Dashcam Plus Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/dual-facing-ai-dashcam-plus/. |

5

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | Smart Event Thresholds are enabled for all customers by default. This allows our proprietary machine learning models to automatically surface the highest-risk events and video for review in your Safety Hub. You can filter down to video-only events or expand your view to include all safety events that go into the DRIVE risk score.<br><br>We recommend keeping Smart Event Thresholds turned on so you can take advantage of the dynamic thresholds recommended by Motive's models. We've already done the heavy lifting for you here so you can focus your time where it matters.<br><br>Smart Event Thresholds Guide at 7, https://gomotive.com/wp-content/uploads/2023/03/smart_event_thresholds_guide.pdf.<br><br>## Overview<br><br>1. Log in to the Motive Fleet Dashboard and click **Safety** in the left-hand side menu.<br><br>2. The **Safety Overview** page displays **Summary Metrics**, **Safety Score Trend**, **Safety Score Factors**, and the **Performance Leaderboard**.<br><br>https://helpcenter.gomotive.com/hc/en-us/articles/6162472353053-Safety-Hub/.<br><br>• **Integrations:** Connects instantly with over 250 pre-built integrations available in the Motive App Marketplace, allowing you to manage your organization at scale with interoperability, security, resilience, and scalability you can trust.<br><br>• **AI-Powered Analytics:** Enables users to build and customize reports in seconds using AI and natural language, providing you the insights you need to make fast, impactful business decisions.<br><br>https://helpcenter.gomotive.com/hc/en-us/articles/31079672116637-The-Motive-Platform-Overview. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 7[c] receive first vehicle metric data associated with a first vehicle, wherein the first vehicle metric data comprises first harsh event metric data, first speed data, and a first geographical coordinate; | The Motive Safety Hub receives vehicle-related safety data for multiple individual vehicles, including a first vehicle metric data associated with a first vehicle.  The first vehicle metric data comprises first harsh event metric data, a first speed data, and a first geographical coordinate.  For example, the Motive Safety Hub receives and displays a harsh event data (such as a harsh driving incident like hard braking, hard acceleration, hard cornering, speeding, an unsafe lane change, and others) for a first vehicle that includes speed data and geographical location.<br><br> |

7

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | Smart Event Thresholds Guide at 4, 7, https://gomotive.com/wp-content/uploads/2023/03/smart_event_thresholds_guide.pdf.<br><br><br><br>https://helpcenter.gomotive.com/hc/en-us/articles/6162472353053-Safety-Hub.<br><br>### Detecting harsh driving<br><br>Motive uses a combination of signals from vehicle speed, gps speed, vehicle gateway's IMU (accelerometer) to measure changes in g-force and detect harsh driving. Supported dashcams—AI Dashcams (DC-53, DC-54) and Smart Dashcams (DC-33, DC-34)—provide video evidence and real-time alerts.<br><br>1. The Vehicle Gateway can detect harsh events even without a dashcam.<br><br>2. Events are triggered when g-force thresholds are exceeded, varying by behavior and vehicle type.<br><br>3. Admins can adjust detection sensitivity by selecting the vehicle class (Light, Medium, Heavy Duty) and using predefined or custom g-force settings. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | ### Hard braking<br><br>Hard braking occurs when a vehicle decelerates suddenly and forcefully, exceeding the defined g-force threshold. Motive triggers in-cab audio alerts for drivers using supported dashcams.<br><br>• **Risks:** Increased chance of rear-end collisions, faster wear on brakes and tires, potential cargo damage, reduced fuel efficiency, and passenger discomfort.<br><br>• **Detection:** Monitored by the accelerometer and dashcams; flagged when braking force exceeds limits.<br><br>### Harsh acceleration<br><br>Harsh acceleration happens when a vehicle accelerates abruptly, exceeding the set g-force threshold. Supported dashcams provide in-cab audio or visual alerts.<br><br>• **Risks:** Higher accident likelihood, added stress on the engine and drivetrain, increased fuel consumption, cargo shift, and passenger discomfort.<br><br>• **Detection:** Triggered by rapid speed increases above threshold values.<br><br>### Harsh cornering<br><br>Harsh cornering occurs when a vehicle takes a turn with excessive speed or force, detected when lateral g-force thresholds are surpassed.<br><br>• **Risks:** Greater risk of rollovers (especially in top-heavy vehicles), loss of vehicle control, tire damage, cargo shift, and potential passenger injury.<br><br>• **Detection:** Monitors side-to-side (lateral) g-force and alerts drivers in real-time via dashcam.<br><br>https://helpcenter.gomotive.com/hc/en-us/articles/31054170471837-Harsh-Driving. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Close following**<br><br>• **What is it detecting?** The driver is tailgating other vehicles with an unsafe following distance.<br><br>• **Event generation trigger definition:** A following distance of 0.7 seconds is maintained for at least 15 seconds when traveling above 35 mph.<br><br>**Unsafe lane change**<br><br>• **What is it detecting?** The driver is tailgating other vehicles with an unsafe following distance while making a lane change.<br><br>• **Event generation trigger definition:** A following distance of 0.5 seconds or less is maintained for at least 5 seconds when traveling above 35 mph while changing lanes. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Stop sign violation**<br><br><br><br>• **What is it detecting?** The driver does not adhere to traffic laws and does not decelerate safely to complete a full stop at a stop sign.<br><br>• **Event generation trigger definition:** The vehicle speed does not fall below 6 mph within 7 seconds after the stop sign is no longer visible to the dashcam.<br><br>**Speeding over posted**<br><br><br><br>• **What is it detecting?** A driver is traveling above the posted speed limit for a specified duration.<br><br>• **Event generation trigger definition:** The vehicle exceeds 6 mph over the posted speed limit for more than 1 minute. |

11

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Safety Event Triggers**<br><br>• Close following<br>• Unsafe lane change<br>• Cell phone usage<br>• Seatbelt violation<br>• Driver distraction<br>• Stop sign violation<br>• Hard braking<br>• Hard acceleration<br>• Hard cornering<br>• Collision<br>• Speeding over posted<br>• Speeding over policy<br>• Drowsiness<br>• Obstructed camera<br>• Forward collision warning<br><br>https://helpcenter.gomotive.com/hc/en-us/articles/8218103926941-Safety-Events. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | <br><br>https://helpcenter.gomotive.com/hc/en-us/articles/6189410468509-Safety-Events-on-the-Fleet-Dashboard.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 7[d] receive second vehicle metric data | The Motive Safety Hub receives vehicle-related safety data for multiple individual vehicles, including a second vehicle metric data associated with a second vehicle.  The second vehicle metric data comprises second harsh |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| associated with a second vehicle, wherein the second vehicle metric data comprises second harsh event metric data, second speed data, and a second geographical coordinate; | event metric data, a second speed data, and a second geographical coordinate.  For example, the Motive Safety Hub receives and displays a harsh event data (such as a harsh driving incident like hard braking, hard acceleration, hard cornering, speeding, an unsafe lane change, and others) for a second vehicle that includes speed data and geographical location.<br><br><br><br>Smart Event Thresholds Guide at 4, 7, https://gomotive.com/wp-content/uploads/2023/03/smart_event_thresholds_guide.pdf. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | https://helpcenter.gomotive.com/hc/en-us/articles/6162472353053-Safety-Hub.<br><br>## Detecting harsh driving<br><br>Motive uses a combination of signals from vehicle speed, gps speed, vehicle gateway's IMU (accelerometer) to measure changes in g-force and detect harsh driving. Supported dashcams—AI Dashcams (DC-53, DC-54) and Smart Dashcams (DC-33, DC-34)—provide video evidence and real-time alerts.<br><br>1. The Vehicle Gateway can detect harsh events even without a dashcam.<br><br>2. Events are triggered when g-force thresholds are exceeded, varying by behavior and vehicle type.<br><br>3. Admins can adjust detection sensitivity by selecting the vehicle class (Light, Medium, Heavy Duty) and using predefined or custom g-force settings. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Hard braking**<br><br>Hard braking occurs when a vehicle decelerates suddenly and forcefully, exceeding the defined g-force threshold. Motive triggers in-cab audio alerts for drivers using supported dashcams.<br><br>• **Risks:** Increased chance of rear-end collisions, faster wear on brakes and tires, potential cargo damage, reduced fuel efficiency, and passenger discomfort.<br><br>• **Detection:** Monitored by the accelerometer and dashcams; flagged when braking force exceeds limits.<br><br>**Harsh acceleration**<br><br>Harsh acceleration happens when a vehicle accelerates abruptly, exceeding the set g-force threshold. Supported dashcams provide in-cab audio or visual alerts.<br><br>• **Risks:** Higher accident likelihood, added stress on the engine and drivetrain, increased fuel consumption, cargo shift, and passenger discomfort.<br><br>• **Detection:** Triggered by rapid speed increases above threshold values.<br><br>**Harsh cornering**<br><br>Harsh cornering occurs when a vehicle takes a turn with excessive speed or force, detected when lateral g-force thresholds are surpassed.<br><br>• **Risks:** Greater risk of rollovers (especially in top-heavy vehicles), loss of vehicle control, tire damage, cargo shift, and potential passenger injury.<br><br>• **Detection:** Monitors side-to-side (lateral) g-force and alerts drivers in real-time via dashcam.<br><br>https://helpcenter.gomotive.com/hc/en-us/articles/31054170471837-Harsh-Driving. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Close following**<br><br><ul><li>**What is it detecting?** The driver is tailgating other vehicles with an unsafe following distance.</li><li>**Event generation trigger definition:** A following distance of 0.7 seconds is maintained for at least 15 seconds when traveling above 35 mph.</li></ul>**Unsafe lane change**<br><br><ul><li>**What is it detecting?** The driver is tailgating other vehicles with an unsafe following distance while making a lane change.</li><li>**Event generation trigger definition:** A following distance of 0.5 seconds or less is maintained for at least 5 seconds when traveling above 35 mph while changing lanes.</li></ul> |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | ### Stop sign violation  <ul><li>**What is it detecting?** The driver does not adhere to traffic laws and does not decelerate safely to complete a full stop at a stop sign.</li><li>**Event generation trigger definition:** The vehicle speed does not fall below 6 mph within 7 seconds after the stop sign is no longer visible to the dashcam.</li></ul> ### Speeding over posted  <ul><li>**What is it detecting?** A driver is traveling above the posted speed limit for a specified duration.</li><li>**Event generation trigger definition:** The vehicle exceeds 6 mph over the posted speed limit for more than 1 minute.</li></ul> |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Safety Event Triggers**<br><br>• Close following<br>• Unsafe lane change<br>• Cell phone usage<br>• Seatbelt violation<br>• Driver distraction<br>• Stop sign violation<br>• Hard braking<br>• Hard acceleration<br>• Hard cornering<br>• Collision<br>• Speeding over posted<br>• Speeding over policy<br>• Drowsiness<br>• Obstructed camera<br>• Forward collision warning<br><br>https://helpcenter.gomotive.com/hc/en-us/articles/8218103926941-Safety-Events. |

19

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| |  https://helpcenter.gomotive.com/hc/en-us/articles/618410468509-Safety-Events-on-the-Fleet-Dashboard. <br><br> To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 7[e] determine first correlated data based at least on: the first vehicle | The Motive Safety Hub determines first correlated data based at least on the first vehicle metric data, the first geographical coordinate, the second vehicle metric data, and the second geographical coordinate.  The Motive Safety Hub further determines the first correlated data by combining data from at least the first harsh event |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| metric data, the first geographical coordinate, the second vehicle metric data, and the second geographical coordinate, wherein determining the first correlated data comprises creating first combined data from at least: (i) the first harsh event metric data and the second harsh event metric data, or (ii) the first speed data and the second speed data; | metric data and the second harsh event metric data, or the first speed data and the second speed data.  For example, Motive's Smart Event Thresholds correlates driving behavior with geographic location, including by aggregating and analyzing vehicle metric data across different vehicles at a given location to create a threshold and by determining which events exceed thresholds for a given location that in turn trigger upload to the Motive Safety Hub.  The Smart Event Thresholds logic combines data from geotagged harsh events (*e.g.*, hard braking, hard cornering, etc.) and speed behaviors (*e.g.*, hard acceleration or speeding) across vehicles.<br><br><br><br>Smart Event Thresholds Guide at 4, 7, https://gomotive.com/wp-content/uploads/2023/03/smart_event_thresholds_guide.pdf. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| |  |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 7[f] determine second correlated data based at least on: the first vehicle metric data, the first geographical coordinate, the second vehicle metric data, and the second geographical coordinate, wherein determining the second correlated data comprises creating second combined data from at least a different one of: (i) the first harsh event metric data and the second harsh event metric data, or (ii) the first speed data and the second speed data; | The Motive Safety Hub determines second correlated data based at least on the first vehicle metric data, the first geographical coordinate, the second vehicle metric data, and the second geographical coordinate.  It further determines the second correlated data by combining data from a different one of at least the first harsh event metric data and the second harsh event metric data, or the first speed data and the second speed data.  The Smart Event Thresholds guide shows, for example, that Motive's models use correlated data (for example, thresholds), taking into account multiple event types and behaviors for safety evaluation.  The ability to focus on one behavior type (*e.g.*, speed) while having already processed another (*e.g.*, harsh braking) reflects separate correlated datasets. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | <br><br>Smart Event Thresholds Guide at 4, 7, https://gomotive.com/wp-content/uploads/2023/03/smart_event_thresholds_guide.pdf. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| |  |

### How do Smart Event Thresholds work?

Smart Event Thresholds create the minimum intensity of a safety event. In other words, they create a "threshold" for safety events. When a safety event occurs that exceeds the threshold value, that triggers Motive's technology to determine if the event and video should be uploaded to your Safety Hub, or if it should be filtered out and not brought to your attention. And only Motive can factor in event type, vehicle class, and event location.

*Id.* at 4.

1. **How are Smart Event Threshold values determined?**

We combine geographical data from GPS with driving behavior across the entire Motive network to determine the threshold values. After dividing the country into hexagons, we determine the threshold value for every hexagon based on observed driving behavior for the specific event type, vehicle class, *and* event location.

*Id.* at 9.

https://helpcenter.gomotive.com/hc/en-us/articles/6162472353053-Safety-Hub.

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 7[g] cause presentation of the first correlated data in an interactive graphical user interface, wherein the presentation of the first correlated data indicates (i) at least some of the first combined data being associated with a first portion of a geographical map and (ii) one of a harsh event or a speed; and | The Motive Safety Hub causes presentation of the first correlated data in an interactive graphical user interface, wherein the presentation of the first correlated data indicates (i) at least some of the first combined data being associated with a first portion of a geographical map and (ii) one of a harsh event or speed.  For example, the Motive Safety Hub presents harsh event detection on a map, displaying correlated safety metrics and trends (including counts of safety events, speeding, and driving behavior).  Users can view events and associated details that include mapped information (*e.g.*, location-based event details, event lists).  The platform's interface further shows behavior statistics tied to geographic segments relevant to safety events.<br><br> |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | Hexagons are color-coded in the map below to indicate the minimum intensity of the safety event that will trigger an event and video upload. Red is more intense. Yellow is less.<br><br>For example, you see a lot of red in Colorado since vehicles have more intense hard brakes in the mountains. The Smart Event Threshold value is set higher in those mountainous areas to ensure only the most relevant events and video get surfaced. Compare that to the yellow and orange you see in California, where the roads are mostly flat and the Smart Event Threshold value is set lower for hard brakes.<br><br>To reflect recent driving behavior, Smart Event Thresholds factor in data from the previous quarter and are updated once per month.<br><br><br><br>Smart Event Thresholds Guide at 3, 9, https://gomotive.com/wp-content/uploads/2023/03/smart_event_thresholds_guide.pdf. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| |  |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  |  |

https://helpcenter.gomotive.com/hc/en-us/articles/6189410468509-Safety-Events-on-the-Fleet-Dashboard.

The Motive Safety Hub likewise displays correlated data associated with safety events.

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  |  https://helpcenter.gomotive.com/hc/en-us/articles/6162472353053-Safety-Hub. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  |  |

https://helpcenter.gomotive.com/hc/en-us/articles/6162472353053-Safety-Hub.

## Detecting harsh driving

Motive uses a combination of signals from vehicle speed, gps speed, vehicle gateway's IMU (accelerometer) to measure changes in g-force and detect harsh driving. Supported dashcams—AI Dashcams (DC-53, DC-54) and Smart Dashcams (DC-33, DC-34)—provide video evidence and real-time alerts.

1. The Vehicle Gateway can detect harsh events even without a dashcam.

2. Events are triggered when g-force thresholds are exceeded, varying by behavior and vehicle type.

3. Admins can adjust detection sensitivity by selecting the vehicle class (Light, Medium, Heavy Duty) and using predefined or custom g-force settings.

31

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | ### Hard braking<br><br>Hard braking occurs when a vehicle decelerates suddenly and forcefully, exceeding the defined g-force threshold. Motive triggers in-cab audio alerts for drivers using supported dashcams.<br><br>- **Risks:** Increased chance of rear-end collisions, faster wear on brakes and tires, potential cargo damage, reduced fuel efficiency, and passenger discomfort.<br>- **Detection:** Monitored by the accelerometer and dashcams; flagged when braking force exceeds limits.<br><br>### Harsh acceleration<br><br>Harsh acceleration happens when a vehicle accelerates abruptly, exceeding the set g-force threshold. Supported dashcams provide in-cab audio or visual alerts.<br><br>- **Risks:** Higher accident likelihood, added stress on the engine and drivetrain, increased fuel consumption, cargo shift, and passenger discomfort.<br>- **Detection:** Triggered by rapid speed increases above threshold values.<br><br>### Harsh cornering<br><br>Harsh cornering occurs when a vehicle takes a turn with excessive speed or force, detected when lateral g-force thresholds are surpassed.<br><br>- **Risks:** Greater risk of rollovers (especially in top-heavy vehicles), loss of vehicle control, tire damage, cargo shift, and potential passenger injury.<br>- **Detection:** Monitors side-to-side (lateral) g-force and alerts drivers in real-time via dashcam.<br><br>https://helpcenter.gomotive.com/hc/en-us/articles/31054170471837-Harsh-Driving. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Close following**<br><br>• **What is it detecting?** The driver is tailgating other vehicles with an unsafe following distance.<br><br>• **Event generation trigger definition:** A following distance of 0.7 seconds is maintained for at least 15 seconds when traveling above 35 mph.<br><br>**Unsafe lane change**<br><br>• **What is it detecting?** The driver is tailgating other vehicles with an unsafe following distance while making a lane change.<br><br>• **Event generation trigger definition:** A following distance of 0.5 seconds or less is maintained for at least 5 seconds when traveling above 35 mph while changing lanes. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Stop sign violation**<br><br><br><br>• **What is it detecting?** The driver does not adhere to traffic laws and does not decelerate safely to complete a full stop at a stop sign.<br><br>• **Event generation trigger definition:** The vehicle speed does not fall below 6 mph within 7 seconds after the stop sign is no longer visible to the dashcam.<br><br>**Speeding over posted**<br><br><br><br>• **What is it detecting?** A driver is traveling above the posted speed limit for a specified duration.<br><br>• **Event generation trigger definition:** The vehicle exceeds 6 mph over the posted speed limit for more than 1 minute. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Safety Event Triggers**<br><br>- Close following<br><br>- Unsafe lane change<br><br>- Cell phone usage<br><br>- Seatbelt violation<br><br>- Driver distraction<br><br>- Stop sign violation<br><br>- Hard braking<br><br>- Hard acceleration<br><br>- Hard cornering<br><br>- Collision<br><br>- Speeding over posted<br><br>- Speeding over policy<br><br>- Drowsiness<br><br>- Obstructed camera<br><br>- Forward collision warning<br><br>https://helpcenter.gomotive.com/hc/en-us/articles/8218103926941-Safety-Events. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| |  https://helpcenter.gomotive.com/hc/en-us/articles/6189410468509-Safety-Events-on-the-Fleet-Dashboard. <br><br> To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 7[h] in response to receiving, via the interactive graphical | The Motive Safety Hub dynamically updates to cause presentation of the second correlated data in the interactive graphical user interface in response to receiving, via the interactive graphical user interface, user input indicating a metric change selection.  The Motive Safety Hub's presentation of a second correlated data |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| user interface, user input indicating a metric change selection, dynamically update to cause presentation of the second correlated data in the interactive graphical user interface, wherein the presentation of the second correlated data indicates (i) at least some of the second combined data being associated with a second portion of the geographical map and (ii) a different one of the harsh event or the speed. | indicates (i) at least some of the second combined data being associated with a second portion of the geographical map and (ii) a different one of the harsh event or the speed.  For example, the Motive Safety Hub allows users to select different safety metrics for review (*e.g.*, reviewing speeding or other harsh events) via menus and filters in the interface.  As users adjust filters or select different event types (*e.g.*, from harsh events to speeding or vice versa), the interface dynamically updates to show relevant correlated event data, including a second correlated data.  |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | https://helpcenter.gomotive.com/hc/en-us/articles/6162472353053-Safety-Hub.<br><br><br><br>https://helpcenter.gomotive.com/hc/en-us/articles/6189410468509-Safety-Events-on-the-Fleet-Dashboard. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  |  |

https://helpcenter.gomotive.com/hc/en-us/articles/618941 0468509-Safety-Events-on-the-Fleet-Dashboard.

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  |      <br><br>Hexagons are color-coded in the map below to indicate the minimum intensity of the safety event that will trigger an event and video upload. Red is more intense. Yellow is less.<br><br>For example, you see a lot of red in Colorado since vehicles have more intense hard brakes in the mountains. The Smart Event Threshold value is set higher in those mountainous areas to ensure only the most relevant events and video get surfaced. Compare that to the yellow and orange you see in California, where the roads are mostly flat and the Smart Event Threshold value is set lower for hard brakes.<br><br>To reflect recent driving behavior, Smart Event Thresholds factor in data from the previous quarter and are updated once per month.<br><br><br><br>Smart Event Thresholds Guide at 3, 9, https://gomotive.com/wp-content/uploads/2023/03/smart_event_thresholds_guide.pdf. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |