# EXHIBIT 6

**Exhibit 6 – Infringement Claim Chart for U.S. Patent No. 11,995,546**

The Motive Dual-Facing AI Dashcam, Motive AI Dashcam Plus, and their supporting cloud-based software infrastructures infringe at least claim 20 of U.S. Patent No. 11,995,546.  Samsara prepares these contentions based on publicly available information and Samsara's current knowledge.  Samsara expressly reserves the right to supplement and/or amend these contentions.

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| 20[pre]. A computer-implemented method comprising: | The Motive Dual-Facing AI Dashcam performs the claimed computer-implemented method. The accused system includes on-device computing hardware and backend software that execute AI-based processing of sensor data to detect and classify driving-related events.<br><br>Driver coaching<br>· Motive Safety Team<br>· Safety Hub<br>· Custom unsafe behavior detection<br>· Event Severity<br>· AI Coach<br>· Driver App coaching<br>· Coaching Sessions<br>· Training videos<br>· Customizable Safety Score<br>· Face Match (not available in IL)<br><br>Motive Dual-Facing AI Dashcam Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/dual-facing-ai-dashcam/. |

1

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **360-degree visibility**<br>• Live streaming<br>• Live images<br>• Engine-off recording - *Coming soon*<br>• In-cab audio recording<br>• Camera health (installation issues, disconnects, etc.)<br>• Driver Privacy Mode<br><br>**Key features: Fleet Management**<br>Requires a Fleet Management monthly subscription.<br><br>**Tracking & Telematics**<br>• Live map view<br>• Trip history<br>• Vehicles<br>• Drivers<br>• Geofences<br>• Dispatch<br>• Driver identification<br>• GPS mode (Zero telematics mode)<br>• Hardwired mode - *Coming soon*<br>• PTO/AUX - *Coming soon*<br><br>*Id.* at 4.<br><br>The Motive AI Dashcam Plus performs the claimed computer-implemented method. The accused system includes on-device computing hardware and backend software that execute AI-based processing of sensor data to detect and classify driving-related events.<br><br>AI processor    Qualcomm® Dragonwing™ QCS6490 |

2

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Industry-leading AI processor** 3x the processing power can run 30+ high-precision AI models simultaneously.<br><br>Motive AI Dashcam Plus Spec Sheet at 2, 5, https://gomotive.com/content-library/spec-sheet/dual-facing-ai-dashcam-plus/.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial. In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 20[a] accessing sensor data from one or more sensors associated with a vehicle; | The Motive-Dual Facing AI Dashcam and its supporting software infrastructure access sensor data from one or more sensors associated with a vehicle.  As shown below, the Motive Dual-Facing AI Dashcam has a "driver-facing camera" and "digital, omni-directional" microphone.  The Motive Dual-Facing AI Dashcam captures video and sensor data from both road-facing and driver-facing cameras (two sensor inputs).  The Motive Dual-Facing AI Dashcam collects HD video data and other inputs that are processed for event detection.  It is further designed to operate in conjunction with the Motive Vehicle Gateway, which has sensors to capture "speed, fuel, fault codes, barometric pressure, battery voltage, coolant temp, engine intake temp, engine load, and more."  Each of these are sensor data from one or more sensors associated with a vehicle that is accessed by the Motive Dual-Facing AI Dashcam. |

3

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **360-degree visibility**<br>· Live streaming<br>· Live images<br>· Engine-off recording<br>· In-cab audio recording<br>· Camera health (installation issues, disconnects, etc.)<br>· Driver Privacy Mode<br><br>**Hardware**<br>· Model #: DC-54<br>· Configurable recording: 45-225 hours<br>· Industrial-grade battery<br>· Quick Capture button<br>· Custom mount: Supported<br>· Privacy lens cover: Optional<br>· Cable length: 13.1 ft (4 m)<br>· Dimensions: 4.53 × 2.36 × 1.06 in (115 × 60 × 27 mm)<br>· Operational temperature: -40°F-185°F (-40°C-85°C)<br>· Storage temperature: -40°F-239°F (-40°C-115°C)<br>· Connectivity: High-speed LTE through included Motive Vehicle Gateway<br>· Microphone: Digital, omni-directional<br>· Speaker: Built-in, max 80 dB<br>· Multi-color LED light bar for in-cab alerts<br>· IP rating: IP52<br>· Warranty: 5 years<br><br>**Requirements**<br>The following prerequisites must be met in order to use all the safety features available within the Motive platform.<br>· Motive Vehicle Gateway model: VG 3.55 and above<br>· Motive Driver App (Android or iOS): v36<br>· Motive subscription:<br>  · All features - Driver Safety and Fleet Management plan<br>  · AI Coach - Workforce Management plan<br><br>Motive Dual-Facing AI Dashcam Spec Sheet at 3–5, https://gomotive.com/content-library/spec-sheet/dual-facing-ai-dashcam/. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Telematics** Captures speed, fuel, fault codes, barometric pressure, battery voltage, coolant temp, engine intake temp, engine load, and more to the Motive platform<br><br>**LH120 Freightliner**<br><br>LH120 · Christopher Williams<br><br>4971 Lawrenceville Hwy, GA<br><br>Speed: **68mph**   Fuel: **80%**<br><br>Engine Load: **60%**   Intake: **54°C**<br><br>Coolant: **15°C**   Battery: **3.32V**<br><br>Motive Asset Gateway Spec Sheet at 2, https://gomotive.com/content-library/spec-sheet/vehicle-gateway/.<br><br>The Motive AI Dashcam Plus accesses sensor data from one or more sensors associated with a vehicle.  The Motive AI Dashcam Plus includes multiple cameras, including a driver-facing camera and road-facing camera, that capture video data used by the AI system to detect driving events.  This video data constitutes sensor data associated with the vehicle and is accessed by the Motive system for processing. |

5

| | |
|---|---|
| **Safety event capture** | <ul><li>**Core risk**<ul><li>Close following</li><li>Unsafe lane change</li><li>Lane swerving - *Coming soon*</li></ul></li><li>**Traffic signals & signs**<ul><li>Stop sign violation</li></ul></li><li>**Awareness**<ul><li>Cell phone usage</li><li>Distraction</li><li>Seat belt violation</li><li>Smoking</li><li>Obstructed camera</li><li>Drowsiness - *Coming soon*</li></ul></li><li>**Other**<ul><li>Collision</li><li>Near collision</li><li>Forward collision warning - *Coming soon*</li><li>Unsafe parking</li></ul></li><li>**Speeding**<ul><li>Speeding over posted</li><li>Speeding over policy</li></ul></li><li>**Harsh driving**<ul><li>Hard braking</li></ul></li></ul> |

| Camera | Road-facing Wide | Road-facing Zoom | Driver-facing |
|---|---|---|---|
| Resolution | 1920 × 1080 (1080p) | 2560 × 1440 (1440p) | 1920 × 1080 (1080p) |
| Frame rate | 30 fps | 10 fps | 15 fps |
| Field of view | 120° | 40° | 150° |
| Low light | | | Night vision with IR illumination |

6

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **360-degree visibility**<br><br>• Live streaming<br>• Live images<br>• Engine-off recording - *Coming soon*<br>• In-cab audio recording<br>• Camera health (installation issues, disconnects, etc.)<br>• Driver Privacy Mode<br><br>Motive AI Dashcam Plus Spec Sheet at 3–4, https://gomotive.com/content-library/spec-sheet/dual-facing-ai-dashcam-plus/.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 20[b] executing an ensemble neural network configured to detect occurrence of an event associated with the vehicle, the ensemble neural network comprising a plurality of models including: | The Motive Dual-Facing AI Dashcam executes an ensemble neural network configured to detect events associated with the vehicle.  The accused system performs real-time AI-based detection of multiple distinct unsafe driving behaviors (*e.g.*, cell phone usage, smoking, distraction, drowsiness), each of which relies on different visual cues and inference tasks.  On information and belief, this functionality is implemented using a plurality of neural network models that operate together as an ensemble to evaluate sensor data and determine whether a safety-related event has occurred. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | Instant risk detection<br><br>**Safety event capture**<br>• **Core risk**<br>  · Close following<br>  · Unsafe lane change<br>  · Lane swerving<br><br>• **Traffic signals & signs**<br>  · Stop sign violation<br><br>• **Awareness**<br>  · Cell phone usage<br>  · Distraction<br>  · Drowsiness<br>  · Seat belt violation<br>  · Smoking<br>  · Obstructed camera<br><br>• **Other**<br>  · Collision<br>  · Near collision<br>  · Forward collision warning<br>  · Unsafe parking<br><br>• **Speeding**<br>  · Speeding over posted<br>  · Speeding over policy<br><br>• **Harsh driving**<br>  · Hard braking<br>  · Hard acceleration<br>  · Hard cornering<br><br>• **Positive driving**<br>  · Safe distancing<br>  · Alert driving<br><br>**In-cab audio and visual alerts:**<br>• Close following<br>• Unsafe lane change<br>• Stop sign violation<br>• Cell phone usage<br>• Distraction<br>• Drowsiness<br>• Seat belt violation<br>• Obstructed camera<br>• Forward collision warning<br>• Speeding over posted<br>• Speeding over policy<br>• Hard braking<br>• Hard acceleration<br>• Hard cornering<br>• Unidentified trip<br>• Dash cam disconnect/activation<br><br>Motive uses the highest performance AI processor for computer vision from Ambarella.<br><br>Motive Dual-Facing AI Dashcam Spec Sheet at 2–3, https://gomotive.com/content-library/spec-sheet/dual-facing-ai-dashcam/. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | The Motive AI Dashcam Plus executes an ensemble neural network configured to detect events associated with the vehicle.  The accused system performs real-time AI-based detection of multiple unsafe driving behaviors.  On information and belief, the detection of multiple distinct behaviors based on different visual features is implemented using a plurality of neural network models that collectively function as an ensemble to detect events. |

9

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Industry-leading AI processor** 3x the processing power can run 30+ high-precision AI models simultaneously. **Driver coaching** • Motive Safety Team • Safety Hub • Custom unsafe behavior detection • Event Severity • AI Coach • Driver App coaching • Coaching Sessions • Training videos • Customizable Safety Score • Real-time Face Match (not available in IL) **Accident management** • Collision detection and video upload • Video recall: Up to 15 minutes/ request (60 minutes with timelapse recall) • Automated collision reporting • First Responder Motive AI Dashcam Plus Spec Sheet at 2–3, https://gomotive.com/content-library/spec-sheet/dual-facing-ai-dashcam-plus/. |

10

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 20[b.1] a first model configured to detect one or more hand actions of a user of the vehicle based at least in part on a hand of the user identified using the sensor data, | The Motive Dual-Facing AI Dashcam includes a first model configured to detect one or more hand actions of a user based at least in part on a hand of a user identified using sensor data.  The accused system detects behaviors such as cell phone usage and smoking, which require identifying and analyzing hand-related actions (*e.g.*, holding or manipulating a phone, hand-to-mouth motion) using video data from the driver-facing camera. Motive's publicly available materials depict the system identifying a driver's hands during event detection. |

Safety event capture
- **Core risk**
  - Close following
  - Unsafe lane change
  - Lane swerving

- **Traffic signals & signs**
  - Stop sign violation

- **Awareness**
  - Cell phone usage
  - Distraction
  - Drowsiness
  - Seat belt violation
  - Smoking
  - Obstructed camera

Motive Dual-Facing AI Dashcam Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/dual-facing-ai-dashcam/.

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  |  https://gomotive.com/products/driver-safety/. The Motive AI Dashcam Plus includes a first model configured to detect one or more hand actions of a user based at least in part on a hand of a user identified using sensor data.  The accused system detects behaviors such as cell phone usage and smoking, which require identifying and analyzing hand-related actions (*e.g.*, holding or manipulating a phone, hand-to-mouth motion) using video data from the driver-facing camera.  Motive's publicly available materials depict the system identifying a driver's hands during event detection. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | Motive AI Dashcam Plus Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/dual-facing-ai-dashcam-plus/. <br><br> <br><br> https://gomotive.com/products/driver-safety/. <br><br> To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 20[b.2] a second model configured to detect a head pose of the user based at least in part on a face of the user identified using the sensor data, and | The Motive Dual-Facing AI Dashcam and its supporting software infrastructure use a neural network model configured to detect a head pose of a user based at least in part on the face of a user identified using sensor data.  The Motive Dual-Facing AI Dashcam detects cell phone usage, drowsiness, distraction, and smoking, all of which involve identifying the driver's face and head orientation via the driver-facing camera input (a sensor). Motive's website displays photos where the driver's head and face have been highlighted, demonstrating that the user's head and face are detected by the dashcam. |

13

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Safety event capture**<br><br>• **Core risk**<br>  · Close following<br>  · Unsafe lane change<br>  · Lane swerving<br><br>• **Traffic signals & signs**<br>  · Stop sign violation<br><br>• **Awareness**<br>  · Cell phone usage<br>  · Distraction<br>  · Drowsiness<br>  · Seat belt violation<br>  · Smoking<br>  · Obstructed camera<br><br>Motive Dual-Facing AI Dashcam Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/dual-facing-ai-dashcam/. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| |  https://gomotive.com/products/features/ai-accuracy/. <br><br> The Motive AI Dashcam Plus and its supporting software infrastructure use a neural network model configured to detect a head pose of a user based at least in part on the face of a user identified using sensor data.  The Motive AI Dashcam Plus detects cell phone usage, distraction, smoking, and will detect drowsiness, all of which involve identifying the driver's face and head orientation via the driver-facing camera input (a sensor).  Motive's website displays photos where the driver's head and face have been highlighted, demonstrating that the user's head and face are detected by the dashcam. |

15

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| |  |

Motive AI Dashcam Plus Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/dual-facing-ai-dashcam-plus/.

https://gomotive.com/products/features/ai-accuracy/.

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 20[b.3] a third model configured to predict, based at least in part on the one or more hand actions and the head pose, a probability of the event; and | The Motive Dual-Facing AI Dashcam includes a neural network model configured to predict a probability of an event based at least in part on detected hand actions and detected head pose.  The accused system correlates multiple behavioral cues, including hand-related actions and driver attention indicators, to determine the likelihood that an unsafe driving event has occurred.  The system generates event classifications and confidence-based outputs that reflect the probability of an event.<br><br>• **Positive driving**<br>  · Safe distancing<br>  · Alert driving<br><br>**In-cab audio and visual alerts:**<br><br>· Close following<br>· Unsafe lane change<br>· Stop sign violation<br>· Cell phone usage<br>· Distraction<br>· Drowsiness<br>· Seat belt violation<br>· Obstructed camera<br>· Forward collision warning<br>· Speeding over posted<br>· Speeding over policy<br>· Hard braking<br>· Hard acceleration<br>· Hard cornering<br>· Unidentified trip<br>· Dash cam disconnect/activation<br><br>Motive Dual-Facing AI Dashcam Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/dual-facing-ai-dashcam/. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | The Motive AI Dashcam Plus includes a neural network model configured to predict a probability of an event based at least in part on detected hand actions and detected head pose.  The accused system correlates multiple behavioral cues, including hand-related actions and driver attention indicators, to determine the likelihood that an unsafe driving event has occurred.  The system generates event classifications and confidence-based outputs that reflect the probability of an event.<br><br>• **Awareness**<br>  • Cell phone usage<br>  • Distraction<br>  • Seat belt violation<br>  • Smoking<br>  • Obstructed camera<br>  • Drowsiness - *Coming soon*<br><br>• **In-cab audio and visual alerts**<br>  • Close following<br>  • Unsafe lane change<br>  • Stop sign violation<br>  • Cell phone usage<br>  • Distraction<br>  • Seat belt violation<br>  • Obstructed camera<br>  • Forward collision warning - *Coming soon*<br>  • Speeding over posted<br>  • Speeding over policy<br>  • Hard braking<br>  • Hard acceleration<br>  • Hard cornering<br>  • Unidentified trip<br>  • Dash cam disconnect/ activation<br><br>**Accident management**<br>  • Collision detection and video upload<br>  • Video recall: Up to 15 minutes/ request (60 minutes with timelapse recall)<br>  • Automated collision reporting<br>  • First Responder<br><br>Motive AI Dashcam Plus Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/dual-facing-ai-dashcam-plus/. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial. In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 20[c] based at least in part on the probability of the event, triggering an event alert indicative of occurrence of the event. | Based at least in part on the predicted probability of an event, the Motive Dual-Facing AI Dashcam triggers an event alert indicative of the occurrence of the event. When the system determines that an unsafe driving event has occurred, it generates in-cab alerts and flags event videos for review by fleet managers, reflecting the system's probability-based determination.<br><br>• **Positive driving**<br>  • Safe distancing<br>  • Alert driving<br><br>**In-cab audio and visual alerts:**<br>• Close following<br>• Unsafe lane change<br>• Stop sign violation<br>• Cell phone usage<br>• Distraction<br>• Drowsiness<br>• Seat belt violation<br>• Obstructed camera<br>• Forward collision warning<br>• Speeding over posted<br>• Speeding over policy<br>• Hard braking<br>• Hard acceleration<br>• Hard cornering<br>• Unidentified trip<br>• Dash cam disconnect/activation<br><br>**Driver coaching**<br>• Motive Safety Team<br>• Safety Hub<br>• Custom unsafe behavior detection<br>• Event Severity<br><br>**Accident management**<br>• Collision detection and video upload<br>• Video recall: Up to 3 minutes/ request (60 minutes with timelapse recall)<br>• Automated collision reporting<br>• First Responder<br><br>Motive Dual-Facing AI Dashcam Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/dual-facing-ai-dashcam/. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | ## Configurable options in Unsafe Behavior Detection Safety Settings <br><br> Updated 3 days ago • Est. reading time: 5 min <br><br> Motive's AI Dashcams can trigger safety behaviors and in-cab alerts that help drivers as well as safety managers in analyzing driving performance and ensuring drivers drive safely on the road. <br><br> Each safety behavior comes with a default configuration for generating events & in-cab alerts, however, these can be further customized in the **Safety > Unsafe Behavior Detection and Event Intelligence** section of the Motive dashboards Admin panel. <br><br> https://helpcenter.gomotive.com/hc/en-us/articles/14972995725213-Configurable-options-in-Unsafe-Behavior-Detection-Safety-Settings. <br><br> Based at least in part on the predicted probability of an event, the Motive AI Dashcam Plus triggers an event alert indicative of the occurrence of the event.  When the system determines that an unsafe driving event has occurred, it generates in-cab alerts and flags event videos for review by fleet managers, reflecting the system's probability-based determination. <br><br> • **Awareness** <br>    · Cell phone usage <br>    · Distraction <br>    · Seat belt violation <br>    · Smoking <br>    · Obstructed camera <br>    · Drowsiness - *Coming soon* |

20

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | <br>- **In-cab audio and visual alerts**<br>  - Close following<br>  - Unsafe lane change<br>  - Stop sign violation<br>  - Cell phone usage<br>  - Distraction<br>  - Seat belt violation<br>  - Obstructed camera<br>  - Forward collision warning - *Coming soon*<br>  - Speeding over posted<br>  - Speeding over policy<br>  - Hard braking<br>  - Hard acceleration<br>  - Hard cornering<br>  - Unidentified trip<br>  - Dash cam disconnect/ activation<br><br>**Accident management**<br>  - Collision detection and video upload<br>  - Video recall: Up to 15 minutes/ request (60 minutes with timelapse recall)<br>  - Automated collision reporting<br>  - First Responder<br><br>Motive AI Dashcam Plus Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/dual-facing-ai-dashcam-plus/.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |