# EXHIBIT 7

**Exhibit 7 – Infringement Claim Chart for U.S. Patent No. 12,000,940**

The Motive Asset Gateway Solar and its supporting cloud-based software infrastructure infringes at least claim 1 of U.S. Patent No. 12,000,940.  Samsara prepares these contentions based on publicly available information and Samsara's current knowledge.  Samsara expressly reserves the right to supplement and/or amend these contentions.

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| 1[pre] A system for tracking information associated with a storage unit, the system comprising: | Motive's Asset Gateway Solar and its supporting cloud-based software infrastructure comprise a system for tracking information associated with a storage unit.  Motive markets the Motive Asset Gateway Solar for use with trailers, containers, and other equipment.  The system collects, stores, and transmits information associated with storage units, including location and sensor-derived data.<br><br>Designed from the ground up with technology optimized for the rugged environments of the road, the Asset Gateway gives you full visibility into the location of your assets so you can make quick decisions based on real-time location and status of your trailers and equipment.<br><br>The Asset Gateway uses energy-efficient components and the power of the sun to help broadcast your asset's location. Unlike traditional systems that require you to call someone to activate location tracking or that only report location every 2 to 12 hours, Motive's Asset Gateway location data is recorded every minute and updated to the dashboard every 5 minutes when on battery power, and every 30 seconds when powered externally with the optional cable.<br><br>This helps trucking companies keep track of all of their trailers so they can automate yard hunts, minimize trailer loss and misuse, and measure mileage for usage-based trailer maintenance. Many fleets have 2 to 4 times as many trailers as tractors, making simple tasks like dispatching and yard hunts take more time than they should.<br><br>https://gomotive.com/blog/trailer-tracking-and-dual-facing-dash-cam-introducing/. |

1

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | ## Asset Gateway Solar<br><br>**Get unparalleled visibility into the location, utilization, and health of your equipment.**<br><br>The Asset Gateway Solar monitors high value equipment and reefers, with solar power and cabled options for continuous tracking.<br><br>Asset Gateway Solar Spec Sheet at 1, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive product and claim language is insubstantial. In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[a] an object tracking device in communication with one or more sensors and comprising: | The Motive Asset Gateway Solar is an object tracking device in communication with one or more sensors. The Motive Asset Gateway Solar's product specification states that the product provides object tracking capability and is designed to communicate with one or more sensors, including environmental and status sensors, that collect information associated with the storage unit. The documentation describes wireless communication between the Motive Asset Gateway Solar and multiple sensors. |

2

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Key benefits**<br><br>**Unparalleled visibility and control**  Real-time GPS tracking eliminates time spent on manual check-ins.<br><br>*[map graphic: ETA Less than 5 mins; Live Tracking Denver, CO → Westminster, CO; Andrew Smith  AS2341]*<br><br>**Sensors and data streams**<br>· Motion sensor<br>· Battery level<br>· Speed<br>· Altitude<br>· Location<br>· Heading<br><br>**Communications**  **Cellular** 4G (CAT-M1) US, Canada, Mexico ready  **Security** Secure data communication with server, secure firmware update<br><br>Asset Gateway Solar Spec Sheet at 2, 4–5, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf. |

3

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive product and claim language is insubstantial. In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[a.1] a solar power generation device comprising a solar cell; | The Motive Asset Gateway Solar includes a solar power generation device comprising at least one solar cell. Motive markets the device as solar powered and depicts it with an integrated solar panel. The presence of a solar panel entails the presence of one or more solar cells.<br><br><br><br>Asset Gateway Solar Spec Sheet at 1, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | **Dimensions with solar mount**<br>12.55 × 2.39 × 2.68 in<br>(318.8 × 60.8 × 68 mm)<br><br>**Weight with solar mount**<br>15.4 oz (437 g)<br><br>*Id.* at 4.<br><br>Motive advertises the battery life of the Motive Asset Gateway Solar when using a solar power generation device comprising a solar cell.<br><br>**Specifications**<br><br>**Battery life**<br><br>| Feature | Moving | Stationary |<br>|---|---|---|<br>| Battery life with solar charging | Indefinite | Indefinite |<br><br>*Id.*<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive product and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[a.2] a power storage device configured to receive, at least in part, power from the solar | Motive's Asset Gateway Solar comprises a power storage device configured to receive, at least in part, power from the solar power generation device.  The Motive Asset Gateway Solar's product specification describes that the battery receives power generated by the solar power generation device.  The battery |

5

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| power generation device; | also provides a cable charging option, but is expressly configured to receive, at least in part, power from the solar power generation device.<br><br>**Battery life**<br><br>| Feature | Moving | Stationary |<br>|---|---|---|<br>| Battery life with solar charging | Indefinite | Indefinite |<br>| Battery life when unplugged | 2+ months (assumes 8hr/day driving 5 days per week) | 10+ months (assumes 2 GPS pings per day) |<br><br>**Dynamic data performance**<br><br>| | Solar powered | | Cabled powered |<br>| Battery charge | Moving | Stationary | Moving/stationary |<br>|---|---|---|---|<br>| More than 50% | 1 min capture 5 min report | 12 hrs capture 12 hrs report | 1 min capture 1 min report |<br>| 10 to 50% | 5 min capture 15 min report | 12 hrs capture 12 hrs report | 1 min capture 1 min report |<br>| Less than 10% | 4 hrs capture 4 hrs report | 12 hrs capture 12 hrs report | 1 min capture 1 min report |<br><br>Asset Gateway Solar Spec Sheet at 4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive product and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[a.3] a location determination device configured to generate location information | The Motive Asset Gateway Solar comprises a location determination device configured to generate location information associated with the object tracking device.  The Motive Asset Gateway Solar includes a GPS receiver, and the product's specification identifies live GPS tracking and historical |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| associated with the object tracking device; | location tracking as core product features. The device generates location information associated with the Asset Gateway Solar and the storage unit.<br><br><br><br>Asset Gateway Solar Spec Sheet at 2, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf. |

7

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Unparalleled visibility and control**   Real-time GPS tracking eliminates time spent on manual check-ins.  ETA Less than 5 mins  Live Tracking Denver, CO ⟶ Westminster, CO  Andrew Smith    AS2341  **Key Features**  **Real-time visibility in one dashboard** Maximize utilization with current and historical location of every equipment and trailer from a single dashboard.  **Reefer monitor and controls** Remotely control and monitor temperature, modes, fuel use, fault codes, and reefer telematics.  **Automatic vehicle asset pairing** Ensure accurate delivery by automatically linking nearby vehicles and assets, confirming which vehicle is hauling which asset.  **Sensors and data streams** · Motion sensor · Battery level · Speed · Altitude · Location · Heading |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | *Id.* at 2-4.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive product and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[a.4] one or more wireless communication interfaces, at least one of the one or more wireless communication interfaces configured to establish wireless communications between the object tracking device and an external server system, and the at least one of the one or more wireless communication interfaces configured to establish wireless communications between the object tracking device and the one or more sensors; | The Motive Asset Gateway Solar comprises one or more wireless communication interfaces configured to establish wireless communications between the object tracking device and an external server system.  The Motive Asset Gateway Solar includes multiple wireless communication interfaces satisfying the communication requirements of claim 1[a.4].  For instance, the device includes a cellular wireless communication interface (*e.g.*, 4G cellular interface) configured for "secure data communication with server," as described by the product specification.  As another example, the device includes a short-range wireless communication interface (*e.g.*, Bluetooth) configured to communicate wirelessly with one or more sensors, including environmental sensors that transmit data to the Motive Asset Gateway Solar.<br><br>**Uninterrupted data capture**<br><br>Transmit environmental data to the Driver App via Bluetooth, even if the vehicle loses cellular connectivity.<br><br>How often are temperature and humidity collected by the Motive Environmental Sensor?<br><br>Under normal operations, the environmental data is collected every 1 minute. Data is transferred to a connected, powered Asset Gateway or Vehicle Gateway through a low-energy Bluetooth connection.<br><br>https://gomotive.com/products/reefer-monitoring-system/. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | • **Reefer Monitoring Integration:** Works with Motive Asset Gateway Solar and Mini, along with Reefer Monitoring to provide a complete view of trailer conditions, combining live sensor data, alerts, and historical reports in the Motive Dashboard.<br><br>https://helpcenter.gomotive.com/hc/en-us/articles/31079150112797-Environmental-Sensor-Overview.<br><br>**Communications**  **Cellular**  **Security**<br>4G (CAT-M1) US, Canada, Mexico ready  Secure data communication with server, secure firmware update<br><br>**Sensors and data streams**<br>· Motion sensor<br>· Battery level<br>· Speed<br>· Altitude<br>· Location<br>· Heading<br><br>Asset Gateway Solar Spec Sheet at 4–5, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive product and claim language is insubstantial. In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| 1[b] one or more computer readable storage mediums configured to store: | The Motive Asset Gateway Solar comprises one or more computer readable storage mediums.  The Motive Asset Gateway Solar includes memory, i.e., one or more computer-readable storage media.  Motive states that the device stores up to six weeks of log data.<br><br>**Hardware**     **Unit lifetime**<br>5-year warranty<br><br>**Memory**<br>Up to 6 weeks of log data<br><br>Asset Gateway Solar Spec Sheet at 4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf. |
| 1[b.1] configuration information associated with the object tracking device; | The Motive Asset Gateway Solar comprises one or more computer readable storage mediums configured to store configuration information associated with the object tracking device.  The Motive Asset Gateway Solar's memory stores the configuration information, including, for example, one or more of power consumption data, amount of power consumed per data transmission between the object tracking device and the management server, frequency of data transmission between the object tracking device and the management server, frequency of determining location of the object tracking device, frequency of determining orientation of the object tracking device, frequency of collecting object information, and the like. |

11

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Dynamic data performance**<br><br>| | Solar powered | | Cabled powered |<br>| Battery charge | Moving | Stationary | Moving/stationary |<br>| More than 50% | 1 min capture<br>5 min report | 12 hrs capture<br>12 hrs report | 1 min capture<br>1 min report |<br>| 10 to 50% | 5 min capture<br>15 min report | 12 hrs capture<br>12 hrs report | 1 min capture<br>1 min report |<br>| Less than 10% | 4 hrs capture<br>4 hrs report | 12 hrs capture<br>12 hrs report | 1 min capture<br>1 min report |<br><br>**Memory**<br>Up to 6 weeks of log data<br><br>Asset Gateway Solar Spec Sheet at 4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive product and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[b.2] information associated with the storage unit received from the one or more sensors; | The Motive Asset Gateway Solar comprises a computer readable storage medium configured to store information associated with the storage unit received from the product's one or more sensors.  Motive's sensors collect environmental and status data associated with trailers and equipment that is transmitted to and stored by the Motive Asset Gateway Solar.  The Motive Asset Gateway Solar's memory holds six weeks of log data. |

12

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| |

Asset Gateway Solar Spec Sheet at 3–4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf.

To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive product and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[b.3] location information generated by the location determination device; and | The Motive Asset Gateway Solar comprises a computer readable storage medium configured to store location information generated by the location determination device.  The Motive Asset Gateway Solar stores location information generated by the location determination device, including current and historical GPS location data of equipment and trailers. |

13

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Real-time visibility in one dashboard** Maximize utilization with current and historical location of every equipment and trailer from a single dashboard. Asset Gateway Solar Spec Sheet at 3, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf. **Unparalleled visibility and control** Real-time GPS tracking eliminates time spent on manual check-ins. *Id.* at 2. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Key Features**<br><br>**Real-time visibility in one dashboard**<br>Maximize utilization with current and historical location of every equipment and trailer from a single dashboard.<br><br>**Reefer monitor and controls**<br>Remotely control and monitor temperature, modes, fuel use, fault codes, and reefer telematics.<br><br>**Automatic vehicle asset pairing**<br>Ensure accurate delivery by automatically linking nearby vehicles and assets, confirming which vehicle is hauling which asset.<br><br>**Sensors and data streams**<br><br>· Motion sensor<br>· Battery level<br>· Speed<br>· Altitude<br>· Location<br>· Heading<br><br>*Id.* at 2–4.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive product and claim language is insubstantial. In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[b.4] program instructions; and | The Motive Asset Gateway Solar comprises a computer readable storage medium configured to store program instructions. The Motive Asset Gateway Solar's product specification describes secure firmware updates, which include program instructions. Thus, the Asset Gateway Solar's storage medium stores program instructions. |

15

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Security**    Secure data communication with server, secure firmware update <br><br> Asset Gateway Solar Spec Sheet at 5, https://gomotive.com/wp-content/uploads/2025/06/Spec-Sheet_Asset-Gateways.pdf. <br><br> To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive product and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[c] one or more processors configured to execute the program instructions to cause the object tracking device to: | The Motive Asset Gateway Solar comprises one or more processors configured to execute program instructions. <br><br> **Hardware** <br><br> **Unit lifetime** <br> 5-year warranty <br><br> **Memory** <br> Up to 6 weeks of log data <br><br> **Dimensions** <br> • Either Solar Powered or Cable Powered <br> • Cable Powered: connects to 7-way trailer connector (vehicle power) <br> • 9V–32V input using Cable 4020 (cable available on request) <br><br> **Weight** <br> 13.3 oz (378 g) <br><br> **Dimensions with solar mount** <br> 12.55 × 2.39 × 2.68 in (318.8 × 60.8 × 68 mm) <br><br> **Weight with solar mount** <br> 15.4 oz (437 g) <br><br> **Sensors and data streams** <br> • Motion sensor <br> • Battery level <br> • Speed <br> • Altitude <br> • Location <br> • Heading <br><br> Asset Gateway Solar Spec Sheet at 4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf. <br><br> To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive product and claim language is insubstantial.  In |

16

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[c.1] implement the configuration information to, at least in part, operate the object tracking device; | The Motive Asset Gateway Solar comprises one or more processors configured to execute program instructions to cause the product to implement configuration information to, at least in part, operate the product. The Motive Asset Gateway Solar's memory stores the configuration information implemented by the device's one or more processors, including, for example, one or more of power consumption data, amount of power consumed per data transmission between the object tracking device and the management server, frequency of data transmission between the object tracking device and the management server, frequency of determining location of the object tracking device, frequency of determining orientation of the object tracking device, frequency of collecting object information, and the like.<br><br>**Dynamic data performance**<br><br>| | Solar powered | | Cabled powered |<br>|---|---|---|---|<br>| Battery charge | Moving | Stationary | Moving/stationary |<br>| More than 50% | 1 min capture<br>5 min report | 12 hrs capture<br>12 hrs report | 1 min capture<br>1 min report |<br>| 10 to 50% | 5 min capture<br>15 min report | 12 hrs capture<br>12 hrs report | 1 min capture<br>1 min report |<br>| Less than 10% | 4 hrs capture<br>4 hrs report | 12 hrs capture<br>12 hrs report | 1 min capture<br>1 min report |<br><br>**Memory**<br>Up to 6 weeks of log data<br><br>Asset Gateway Solar Spec Sheet at 4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | The Asset Gateway refers to a hardware device that provides comprehensive and real-time information about the location, status, and condition of fleet assets being managed. In essence, it is a digital tracking system that allows companies to monitor the movement of their trucks, cargo, and other assets in real time.<br><br>The Asset Gateway can be accessed through a web-based interface or mobile application, providing users with up-to-date information about the location of their assets, their current status, and other relevant data such as fuel levels, engine performance, and maintenance schedules. This information can be used to optimize routes, reduce fuel consumption, and improve overall efficiency.<br><br>https://gomotive.com/glossary/fleet-compliance/asset-gateway/.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive product and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[c.2] communicate, via at least one of the wireless communication interfaces, with the one or more sensors; | The Motive Asset Gateway Solar comprises one or more processors configured to execute program instructions to cause the object tracking device to communicate, via at least one of the wireless communication interfaces, with the one or more sensors.  The Motive Asset Gateway Solar's processor(s) execute program instructions that cause the device to communicate wirelessly with one or more sensors via, for example, a Bluetooth communication interface. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | Hardware

**Unit lifetime**
5-year warranty

**Memory**
Up to 6 weeks of log data

**Dimensions**
· Either Solar Powered or Cable Powered
· Cable Powered: connects to 7-way trailer connector (vehicle power)
· 9V–32V input using Cable 4020 (cable available on request)

**Weight**
13.3 oz (378 g)

**Dimensions with solar mount**
12.55 × 2.39 × 2.68 in
(318.8 × 60.8 × 68 mm)

**Weight with solar mount**
15.4 oz (437 g)

**Sensors and data streams**
· Motion sensor
· Battery level
· Speed
· Altitude
· Location
· Heading

Asset Gateway Solar Spec Sheet at 4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf.

**Communications**

**Cellular**
4G (CAT-M1) US, Canada, Mexico ready

**Security**
Secure data communication with server, secure firmware update

*Id.* at 5.

**Uninterrupted data capture**

Transmit environmental data to the Driver App via Bluetooth, even if the vehicle loses cellular connectivity. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | How often are temperature and humidity collected by the Motive Environmental Sensor?<br><br>Under normal operations, the environmental data is collected every 1 minute. Data is transferred to a connected, powered Asset Gateway or Vehicle Gateway through a low-energy Bluetooth connection.<br><br>https://gomotive.com/products/reefer-monitoring-system/.<br><br>• **Reefer Monitoring Integration:** Works with Motive Asset Gateway Solar and Mini, along with Reefer Monitoring to provide a complete view of trailer conditions, combining live sensor data, alerts, and historical reports in the Motive Dashboard.<br><br>https://helpcenter.gomotive.com/hc/en-us/articles/31079150112797-Environmental-Sensor-Overview.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive product and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[c.3] receive the information associated with the storage unit collected by the one or more sensors; | The Motive Asset Gateway Solar comprises one or more processors configured to execute program instructions to cause the object tracking device to receive the information associated with a storage unit collected by the one or more sensors.  Information collected by the one or more sensors is communicated via Bluetooth and/or cellular connections.  The Asset Gateway Solar receives sensor-collected information associated with the storage unit via its wireless communication interface. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Hardware**<br><br>**Unit lifetime**<br>5-year warranty<br><br>**Memory**<br>Up to 6 weeks of log data<br><br>**Dimensions**<br>• Either Solar Powered or Cable Powered<br>• Cable Powered: connects to 7-way trailer connector (vehicle power)<br>• 9V–32V input using Cable 4020 (cable available on request)<br><br>**Weight**<br>13.3 oz (378 g)<br><br>**Dimensions with solar mount**<br>12.55 × 2.39 × 2.68 in (318.8 × 60.8 × 68 mm)<br><br>**Weight with solar mount**<br>15.4 oz (437 g)<br><br>**Sensors and data streams**<br>• Motion sensor<br>• Battery level<br>• Speed<br>• Altitude<br>• Location<br>• Heading<br><br>Asset Gateway Solar Spec Sheet at 4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf.<br><br>**Communications**<br><br>**Cellular**<br>4G (CAT-M1) US, Canada, Mexico ready<br><br>**Security**<br>Secure data communication with server, secure firmware update<br><br>*Id.* at 5.<br><br>**Uninterrupted data capture**<br><br>Transmit environmental data to the Driver App via Bluetooth, even if the vehicle loses cellular connectivity. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | How often are temperature and humidity collected by the Motive Environmental Sensor?<br><br>Under normal operations, the environmental data is collected every 1 minute. Data is transferred to a connected, powered Asset Gateway or Vehicle Gateway through a low-energy Bluetooth connection.<br><br>https://gomotive.com/products/reefer-monitoring-system/.<br><br>• **Reefer Monitoring Integration:** Works with Motive Asset Gateway Solar and Mini, along with Reefer Monitoring to provide a complete view of trailer conditions, combining live sensor data, alerts, and historical reports in the Motive Dashboard.<br><br>https://helpcenter.gomotive.com/hc/en-us/articles/31079150112797-Environmental-Sensor-Overview.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive product and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| 1[c.4] store, in at least one of the one or more computer readable storage mediums, the received information associated with the storage unit; | The Motive Asset Gateway Solar comprises a computer readable storage medium that stores received information associated with a storage unit.  The Motive Asset Gateway's processor causes the received sensor information associated with the storage unit to be stored in the device's memory.<br><br><br><br>Asset Gateways Spec Sheet at 3–5, https://gomotive.com/wp-content/uploads/2025/06/Spec-Sheet_Asset-Gateways.pdf.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive product and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |

23

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| 1[c.5] monitor a power level of the power storage device; and | The Motive Asset Gateway Solar monitors a power level of the power storage device.  The Motive Asset Gateway Solar's product specification describes low battery notifications, thus indicating that battery level monitoring is an aspect of the product design.  The product's processor causes the device to monitor a power level.<br><br>**Key Features**<br><br>**Real-time visibility in one dashboard**<br>Maximize utilization with current and historical location of every equipment and trailer from a single dashboard.<br><br>**Instant alerts**<br>Quickly address issues with alerts for unexpected movements, geofence breaches, low battery, dormancy, and more. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Specifications**<br><br>**Battery life**<br><br>| Feature | Moving | Stationary |<br>|---|---|---|<br>| Battery life with solar charging | Indefinite | Indefinite |<br>| Battery life when unplugged | 2+ months (assumes 8hr/day driving 5 days per week) | 10+ months (assumes 2 GPS pings per day) |<br><br>Asset Gateway Solar Spec Sheet at 3–4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf.<br><br>Further, the Motive Asset Gateway Solar adjusts its data performance based on battery charge, and thus necessarily monitors a power level of the power storage device.<br><br>**Dynamic data performance**<br><br>| Battery charge | Solar powered | | Cabled powered |<br>| | Moving | Stationary | Moving/stationary |<br>|---|---|---|---|<br>| More than 50% | 1 min capture 5 min report | 12 hrs capture 12 hrs report | 1 min capture 1 min report |<br>| 10 to 50% | 5 min capture 15 min report | 12 hrs capture 12 hrs report | 1 min capture 1 min report |<br>| Less than 10% | 4 hrs capture 4 hrs report | 12 hrs capture 12 hrs report | 1 min capture 1 min report | |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | *Id.* at 4.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive product and claim language is insubstantial. In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[c.6] communicate, via at least one of the wireless communication interfaces, at least some of the location information and the information associated with the storage unit to the external server system. | The Motive Asset Gateway Solar's one or more processors execute program instructions causing the device to communicate, via at least one of the wireless communication interfaces, at least some of the location information and the information associated with a storage unit to the external server system. The Motive Asset Gateway Solar communicates, via its cellular wireless interface, location information and sensor-derived information associated with the storage unit to an external server system.<br><br>**Real-time visibility in one dashboard**<br>Maximize utilization with current and historical location of every equipment and trailer from a single dashboard. |

26

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  |  Asset Gateway Solar Spec Sheet at 1, 3, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive product and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |