# EXHIBIT 8

**Exhibit 8 – Infringement Claim Chart for U.S. Patent No. 12,117,546**

The Motive Asset Gateway Solar and Motive Asset Gateway Mini and their supporting cloud-based software infrastructures infringe at least claim 1 of U.S. Patent No. 12,117,546.  Samsara prepares these contentions based on publicly available information and Samsara's current knowledge.  Samsara expressly reserves the right to supplement and/or amend these contentions.

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| 1[pre]. A system for tracking information associated with a storage unit, the system comprising: | Motive's Asset Gateway Solar and its supporting cloud-based software infrastructure comprise a system for tracking information associated with a storage unit.  Motive markets the Asset Gateway Solar for use with trailers, containers, and other equipment.  The system collects, stores, and transmits information associated with storage units, including location and sensor-derived data.<br><br>Designed from the ground up with technology optimized for the rugged environments of the road, the Asset Gateway gives you full visibility into the location of your assets so you can make quick decisions based on real-time location and status of your trailers and equipment.<br><br>The Asset Gateway uses energy-efficient components and the power of the sun to help broadcast your asset's location. Unlike traditional systems that require you to call someone to activate location tracking or that only report location every 2 to 12 hours, Motive's Asset Gateway location data is recorded every minute and updated to the dashboard every 5 minutes when on battery power, and every 30 seconds when powered externally with the optional cable.<br><br>This helps trucking companies keep track of all of their trailers so they can automate yard hunts, minimize trailer loss and misuse, and measure mileage for usage-based trailer maintenance. Many fleets have 2 to 4 times as many trailers as tractors, making simple tasks like dispatching and yard hunts take more time than they should.<br><br>https://gomotive.com/blog/trailer-tracking-and-dual-facing-dash-cam-introducing/ |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Asset Gateway Solar**<br><br>Get unparalleled visibility into the location, utilization, and health of your equipment.<br><br>The Asset Gateway Solar monitors high value equipment and reefers, with solar power and cabled options for continuous tracking.<br><br>Asset Gateway Solar Spec Sheet at 1, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf<br><br>Motive's Asset Gateway Mini and its supporting cloud-based software infrastructure comprise a system for tracking information associated with a storage unit.  Motive markets the Asset Gateway Mini for use with trailers, containers, and other equipment.  The system collects, stores, and transmits information associated with storage units, including location and sensor-derived data. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | # Asset Gateway Mini

The Asset Gateway Mini helps you monitor high volume inventories, with a small form factor and 5 year battery life. Get both cable and battery-powered options in a single device, with real-time telematics and location tracking even in low-GPS environments for all types of equipment.

Motive Asset Gateway Mini Spec Sheet at 1, https://gomotive.com/content-library/spec-sheet/asset-gateway-mini/.

To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[a] an object tracking device in communication with one or more sensors and comprising: | The Motive Asset Gateway Solar is an object tracking device in communication with one or more sensors.  The Motive Asset Gateway Solar's product specification explicitly describes that the product provides object tracking capability and is designed to communicate with one or more sensors, including environmental and status sensors and the Motive Beacon, that collect information associated with the storage unit.  The documentation describes wireless communication between the Motive Asset Gateway Solar and multiple sensors. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | <br><br>Asset Gateway Solar Spec Sheet at 2, 4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf.<br><br>The Motive Asset Gateway Mini is an object tracking device in communication with one or more sensors. The Motive Asset Gateway Mini's product specification explicitly describes that the product provides object tracking capability and is designed to communicate with one or more sensors, including environmental and status sensors and the Motive Beacon, that collect information associated with the |

4

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | storage unit.  The documentation describes wireless communication between the Motive Asset Gateway Mini and multiple sensors.<br><br>**Key benefits**<br><br>**Get unparalleled visibility into live and historic locations.**<br><br>Real-time GPS tracking eliminates time spent on manual check-ins.<br><br>· Triple defenses against GPS obstructions using cell tower data and triangulation and Bluetooth signals.<br>· Confirm trailers are going to the right place with automated vehicle-asset-driver pairing.<br>· On-demand pings in battery mode to find equipment beyond pre-configured check-ins.<br><br><br>**Sensors and data streams**<br>· Motion Sensor<br>· Battery Level<br>· Speed (< 1,900 kph)<br>· Altitude (< 18,000 m)<br>· Location<br>· Heading<br>· Temperature |

5

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | Motive Asset Gateway Mini Spec Sheet at 2, 4, https://gomotive.com/content-library/spec-sheet/asset-gateway-mini/.<br><br>**Climate Sensor** — Temperature and humidity measurement accuracy is provided through careful sensor component selection and manufacturing-line testing.<br><br>**Sensor Temperature Specification**<br>The sensor included in this product is designed to provide the following accuracy:<br>• -40°C to -10°C, Typical: ±0.6°C Max: ±1.0°C<br>• -10°C to +80°C, Typical: ±0.3°C Max: ±0.6°C<br><br>**Long-Term Drift**<br>The typical long-term temperature<br><br>**Connectivity & Data**<br>**Data Capture & Transfer**<br>Samples recorded every 1 minute. Transfers via Bluetooth.<br><br>**Gateway Compatibility**<br>• Asset Gateway Mini (AG-31.3+ only) |

6

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | Motive Environmental Sensor Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/environmental-sensor/.<br><br>**Climate Sensor** — Temperature and humidity measurement accuracy is provided through careful sensor component selection and manufacturing-line testing.<br><br>**Sensor Temperature Specification:**<br>The sensor included in this product is designed to provide the following accuracy:<br>• -40°C to -10°C, Typical: ±0.6°C Max: ±1.0°C<br>• -10°C to +80°C, Typical: ±0.3°C Max: ±0.6°C<br><br>**Connectivity & Data** — **Data Capture & Transfer**<br>Samples recorded every 1 minute. Transfers via Bluetooth.<br><br>**Gateway Compatibility**<br>• Asset Gateway Mini (AG-31.3+ only) |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | Motive Door and Environmental Sensor Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/door-and-environmental-sensor/.<br><br> |

8

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | Motive Beacon Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/beacon/.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[a.1] a power storage device configured to receive, at least in part, power from one or more power sources; | Motive's Asset Gateway Solar comprises a power storage device configured to receive, at least in part, power from one or more power sources.  The Motive Asset Gateway Solar's product specification describes that the battery receives power from solar and cable charging.  The battery is thus configured to receive power from those one or more power sources.<br><br>**Battery life**<br><br>| Feature | Moving | Stationary |<br>|---|---|---|<br>| Battery life with solar charging | Indefinite | Indefinite |<br>| Battery life when unplugged | 2+ months (assumes 8hr/day driving 5 days per week) | 10+ months (assumes 2 GPS pings per day) |<br><br>**Dynamic data performance**<br><br>| Battery charge | Solar powered Moving | Stationary | Cabled powered Moving/stationary |<br>|---|---|---|---|<br>| More than 50% | 1 min capture 5 min report | 12 hrs capture 12 hrs report | 1 min capture 1 min report |<br>| 10 to 50% | 5 min capture 15 min report | 12 hrs capture 12 hrs report | 1 min capture 1 min report |<br>| Less than 10% | 4 hrs capture 4 hrs report | 12 hrs capture 12 hrs report | 1 min capture 1 min report |<br><br>Asset Gateway Solar Spec Sheet at 4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf. |

9

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | Motive's Asset Gateway Mini comprises a power storage device configured to receive, at least in part, power from one or more power sources.  The Motive Asset Gateway Mini's product specification describes that the battery receives power from battery and cable charging.  The battery is thus configured to receive power from those one or more power sources.<br><br>**Specifications**<br><br>**Power sources**<br>· Battery and cable power are available on the same device<br>· Optional cable can be installed anytime<br>· When external power is interrupted, the device seamlessly falls back to battery<br><br>**Cable-powered mode**<br>· **Cable connection**<br>  · Cable connected to external power source<br>  · 9V-32V input using CABLE-AG-31.2-3WR or CABLE-AG-31.2-8WR<br>· **Location check-in rate**<br>  · 1 minute capture / 1 minute report<br>· **Memory**<br>  · 1 month of log data (one check-in every minute)<br>· **Telematics**<br>  · Vehicle/driver/asset pairing with trip history<br>  · Utilization and time on-site<br>  · Detection of productive vs unproductive idling<br><br>Motive Asset Gateway Mini Spec Sheet at 4, https://gomotive.com/content-library/spec-sheet/asset-gateway-mini/.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| 1[a.2] a location determination device configured to generate location information associated with the object tracking device; | The Motive Asset Gateway Solar comprises a location determination device configured to generate location information associated with the object tracking device.  The Motive Asset Gateway Solar includes a GPS receiver, and the product's specification identifies live GPS tracking and historical location tracking as core product features.  The device generates location information associated with the Asset Gateway Solar and the storage unit.<br><br><br><br>Asset Gateway Spec Sheet at 2, https://gomotive.com/wp-content/uploads/2023/03/asset_gateway_spec_sheet-1.pdf. |

11

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | Asset Gateway Solar Spec Sheet at 2–4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf.<br><br>The Motive Asset Gateway Mini comprises a location determination device configured to generate location information associated with the object tracking device.  The Motive Asset Gateway Mini includes a GPS receiver, and the product's specification identifies live GPS tracking and historical location tracking as core product features.  The device generates location information associated with the Asset Gateway Solar and the storage unit. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| |  |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Advanced Location Services**  · GPS with Assisted GPS, for more reliable GPS and quicker on-demand pings  · Cell Tower Location used as auto-fallback if GPS is blocked (e.g. indoors)  · Bluetooth Mesh is available for frequent pings on battery, even without cell service  Motive Asset Gateway Mini Spec Sheet at 4, https://gomotive.com/content-library/spec-sheet/asset-gateway-mini/.  To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[a.3] one or more wireless communication interfaces configured to provide wireless communications between (1) the object tracking device and an external server system, and (2) the object tracking device and the one or more sensors; | The Motive Asset Gateway Solar comprises one or more wireless communication interfaces configured to establish wireless communications between the object tracking device and an external server system. The Motive Asset Gateway Solar includes multiple wireless communication interfaces satisfying the requirements of claim 1[a.3].  The device includes a cellular wireless communication interface (*e.g.*, 4G cellular interface) configured for "secure data communication with server," as described by the product specification.  The device also includes a short-range wireless communication interface (*e.g.*, Bluetooth) configured to communicate wirelessly with one or more sensors, including environmental sensors and the Motive Beacon that transmit data to the Motive Asset Gateway Solar.  **Uninterrupted data capture**  Transmit environmental data to the Driver App via Bluetooth, even if the vehicle loses cellular connectivity. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | How often are temperature and humidity collected by the Motive Environmental Sensor?<br><br>Under normal operations, the environmental data is collected every 1 minute. Data is transferred to a connected, powered Asset Gateway or Vehicle Gateway through a low-energy Bluetooth connection.<br><br>https://gomotive.com/products/reefer-monitoring-system/.<br><br>• **Reefer Monitoring Integration:** Works with Motive Asset Gateway Solar and Mini, along with Reefer Monitoring to provide a complete view of trailer conditions, combining live sensor data, alerts, and historical reports in the Motive Dashboard.<br><br>https://helpcenter.gomotive.com/hc/en-us/articles/31079150112797-Environmental-Sensor-Overview.<br><br>**Communications**<br><br>**Cellular**<br>4G (CAT-M1) US, Canada, Mexico ready<br><br>**Security**<br>Secure data communication with server, secure firmware update<br><br>**Sensors and data streams**<br>• Motion sensor<br>• Battery level<br>• Speed<br>• Altitude<br>• Location<br>• Heading<br><br>Asset Gateway Solar Spec Sheet at 3–5, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | The Motive Asset Gateway Mini comprises one or more wireless communication interfaces configured to establish wireless communications between the object tracking device and an external server system. The Motive Asset Gateway Mini includes multiple wireless communication interfaces satisfying the requirements of claim 1[a.3].  The device includes a cellular wireless communication interface (*e.g.*, 4G cellular interface) configured for "secure data communication with server," as described by the product specification.  The device also includes a short-range wireless communication interface (*e.g.*, Bluetooth) configured to communicate wirelessly with one or more sensors, including environmental sensors and the Motive Beacon that transmit data to the Motive Asset Gateway Mini.<br><br>**Sensors and data streams**<br>· Motion Sensor<br>· Battery Level<br>· Speed (< 1,900 kph)<br>· Altitude (< 18,000 m)<br>· Location<br>· Heading<br>· Temperature<br><br>**Cellular**          4G CAT-M1 US, Canada, Mexico Ready |

16

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Key benefits**<br><br>**Get unparalleled visibility into live and historic locations.**<br><br>Real-time GPS tracking eliminates time spent on manual check-ins.<br><br>· Triple defenses against GPS obstructions using cell tower data and triangulation and Bluetooth signals.<br>· Confirm trailers are going to the right place with automated vehicle-asset-driver pairing.<br>· On-demand pings in battery mode to find equipment beyond pre-configured check-ins.<br><br>**Put location data to work to protect your assets and better serve customers.**<br><br>Use geofences and shareable live locations for timely responses.<br><br>· Prevent theft and loss with alerts when assets move unexpectedly.<br>· Get notified when assets arrive on site so work can start and deliveries completed.<br>· Give customers real-time information they can follow on asset location. |

17

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Security**      Secure data communication with server, secure firmware update<br><br>Motive Asset Gateway Mini Spec Sheet at 2–5, https://gomotive.com/content-library/spec-sheet/asset-gateway-mini/. |

18

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | <br><br>Motive Environmental Sensor Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/environmental-sensor/. |

19

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Climate Sensor**        Temperature and humidity measurement accuracy is provided through careful sensor component selection and manufacturing-line testing. <br><br> **Sensor Temperature Specification:** <br> The sensor included in this product is designed to provide the following accuracy: <br> • -40°C to -10°C, Typical: ±0.6°C Max: ±1.0°C <br> • -10°C to +80°C, Typical: ±0.3°C Max: ±0.6°C <br><br><br> **Connectivity & Data**        **Data Capture & Transfer** <br> Samples recorded every 1 minute. Transfers via Bluetooth. <br><br> **Gateway Compatibility** <br> • Asset Gateway Mini (AG-31.3+ only) <br><br> Motive Door and Environmental Sensor Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/door-and-environmental-sensor/. |

20

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Optimize equipment utilization**<br><br>• Monitor your entire inventory alongside your drivers and vehicles.<br>• Re-allocate equipment to where it's needed most, or right-size your owned inventory.<br>• Redeploy assets to productive use and re-route equipment that may have been placed on the wrong truck to keep operations running smoothly.<br><br>**Motive Mesh Network**<br>• A network consisting of connected Motive Vehicle Gateways, the Motive Fleet App, and the Driver App that provides approximate Bluetooth location updates to help find your equipment.<br><br>**Connectivity**<br>• Bluetooth 5<br><br>**Location**<br>• Bluetooth connection provides you with location data viewable in the Motive Fleet App and Fleet View dashboard.<br>• Real-time and historic location data is available in conjunction with other vehicle and asset location information in Motive.<br>• Geolocation data is provided based on the GPS location of nearby devices on the Motive Mesh Network. These devices listen for the Bluetooth Advertisement of Motive Beacon and report their GPS location as the Beacon's approximate last known location.<br><br>Motive Beacon Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/beacon/. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[b] one or more computer readable storage mediums configured to store: | The Motive Asset Gateway Solar comprises one or more computer readable storage mediums.  The Motive Asset Gateway Solar includes memory—one or more computer-readable storage media. Motive specifies that the device stores up to six weeks of log data.<br><br>Hardware    Unit lifetime<br>5-year warranty<br><br>Memory<br>Up to 6 weeks of log data<br><br>Asset Gateway Solar Spec Sheet at 4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf.<br><br>The Motive Asset Gateway Mini comprises one or more computer readable storage mediums.  The Motive Asset Gateway Mini includes memory—one or more computer-readable storage media.  Motive specifies that the device stores up to fifty years of log data.<br><br>• Memory<br>  • 50 years of log data (at two check-ins per day)<br><br>Motive Asset Gateway Mini Spec Sheet at 4, https://gomotive.com/content-library/spec-sheet/asset-gateway-mini/.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[b.1] information associated with the storage unit received from the one or more sensors; | The Motive Asset Gateway Solar comprises a computer readable storage medium configured to store information associated with the storage unit received from the product's one or more sensors. Motive's sensors collect environmental and status data associated with trailers and equipment that is transmitted to and stored by the Asset Gateway Solar. The Motive Asset Gateway Solar's memory holds six weeks of log data.<br><br>**Key Features**<br><br>**Real-time visibility in one dashboard**<br>Maximize utilization with current and historical location of every equipment and trailer from a single dashboard.<br><br>**Reefer monitor and controls**<br>Remotely control and monitor temperature, modes, fuel use, fault codes, and reefer telematics.<br><br>**Automatic vehicle asset pairing**<br>Ensure accurate delivery by automatically linking nearby vehicles and assets, confirming which vehicle is hauling which asset.<br><br>**Instant alerts**<br>Quickly address issues with alerts for unexpected movements, geofence breaches, low battery, dormancy, and more.<br><br>**Maintenance reminders**<br>Avoid costly repairs and downtime by scheduling maintenance based on factors like engine hours and mileage.<br><br>**Shareable ETA**<br>Enhance customer satisfaction by providing accurate delivery windows and tracking your cargo's successful delivery. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | **Sensors and data streams**<br><br>• Motion sensor<br>• Battery level<br>• Speed<br>• Altitude<br>• Location<br>• Heading<br><br>Asset Gateway Solar Spec Sheet at 3–4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf.<br><br>The Motive Asset Gateway Mini comprises a computer readable storage medium configured to store information associated with the storage unit received from the product's one or more sensors. Motive's sensors collect environmental and status data associated with trailers and equipment that is transmitted to and stored by the Asset Gateway Mini.<br><br>**Sensors and data streams**<br>• Motion Sensor<br>• Battery Level<br>• Speed (< 1,900 kph)<br>• Altitude (< 18,000 m)<br>• Location<br>• Heading<br>• Temperature<br><br>**Advanced Location Services:**<br>Triple defenses against low-GPS environments.<br><br>**Productive vs Nonproductive Idling:**<br>Monitor motor usage to power up to two devices. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | • Memory<br>  • 50 years of log data (at two check-ins per day)<br><br>Motive Asset Gateway Mini Spec Sheet at 2–4, https://gomotive.com/content-library/spec-sheet/asset-gateway-mini/.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[b.2] location information generated by the location determination device; and | The Motive Asset Gateway Solar comprises a computer readable storage medium configured to store location information generated by the location determination device.  The Motive Asset Gateway Solar stores location information generated by the location determination device, including current and historical GPS location data of equipment and trailers.<br><br>Real-time visibility in one dashboard<br>Maximize utilization with current and historical location of every equipment and trailer from a single dashboard. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | Asset Gateway Solar Spec Sheet at 3, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf. <br><br> The Motive Asset Gateway Mini comprises a computer readable storage medium configured to store location information generated by the location determination device. The Motive Asset Gateway Mini stores location information generated by the location determination device, including current GPS location data of equipment and trailers. <br><br> **Key benefits** <br><br> **Get unparalleled visibility into live and historic locations.** <br><br> Real-time GPS tracking eliminates time spent on manual check-ins. <br><br> · Triple defenses against GPS obstructions using cell tower data and triangulation and Bluetooth signals. <br> · Confirm trailers are going to the right place with automated vehicle-asset-driver pairing. <br> · On-demand pings in battery mode to find equipment beyond pre-configured check-ins. |

26

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | <br><br>Motive Asset Gateway Mini Spec Sheet at 2–3, https://gomotive.com/content-library/spec-sheet/asset-gateway-mini/.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[c] one or more processors configured to execute the program instructions to cause the object tracking device to: | The Motive Asset Gateway Solar comprises one or more processors configured to execute program instructions. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Hardware**<br><br>Unit lifetime<br>5-year warranty<br><br>Memory<br>Up to 6 weeks of log data<br><br>Dimensions<br>· Either Solar Powered or Cable Powered<br>· Cable Powered: connects to 7-way trailer connector (vehicle power)<br>· 9V–32V input using Cable 4020 (cable available on request)<br><br>Weight<br>13.3 oz (378 g)<br><br>Dimensions with solar mount<br>12.55 × 2.39 × 2.68 in (318.8 × 60.8 × 68 mm)<br><br>Weight with solar mount<br>15.4 oz (437 g)<br><br>Sensors and data streams<br>· Motion sensor<br>· Battery level<br>· Speed<br>· Altitude<br>· Location<br>· Heading<br><br>Asset Gateway Solar Spec Sheet at 4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf.<br><br>The Motive Asset Gateway Mini comprises one or more processors configured to execute program instructions.<br><br>· **Memory**<br>   · 50 years of log data (at two check-ins per day)<br><br>Motive Asset Gateway Mini Spec Sheet at 4, https://gomotive.com/content-library/spec-sheet/asset-gateway-mini/.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| 1[c.1] communicate, via at least one of the wireless communication interfaces, with the one or more sensors; | The Motive Asset Gateway Solar comprises one or more processors configured to execute program instructions to cause the object tracking device to communicate, via at least one of the wireless communication interfaces, with the one or more sensors. The Motive Asset Gateway Solar's processor(s) execute program instructions that cause the device to communicate wirelessly with one or more sensors via, for example, a Bluetooth communication interface.<br><br>Hardware<br><br>Unit lifetime<br>5-year warranty<br><br>Memory<br>Up to 6 weeks of log data<br><br>Dimensions<br>· Either Solar Powered or Cable Powered<br>· Cable Powered: connects to 7-way trailer connector (vehicle power)<br>· 9V–32V input using Cable 4020 (cable available on request)<br><br>Weight<br>13.3 oz (378 g)<br><br>Dimensions with solar mount<br>12.55 × 2.39 × 2.68 in (318.8 × 60.8 × 68 mm)<br><br>Weight with solar mount<br>15.4 oz (437 g)<br><br>Sensors and data streams<br>· Motion sensor<br>· Battery level<br>· Speed<br>· Altitude<br>· Location<br>· Heading<br><br>Asset Gateway Solar Spec Sheet at 4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf.<br><br>**Uninterrupted data capture**<br><br>Transmit environmental data to the Driver App via Bluetooth, even if the vehicle loses cellular connectivity. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **How often are temperature and humidity collected by the Motive Environmental Sensor?**<br><br>Under normal operations, the environmental data is collected every 1 minute. Data is transferred to a connected, powered Asset Gateway or Vehicle Gateway through a low-energy Bluetooth connection.<br><br>https://gomotive.com/products/reefer-monitoring-system/.<br><br>&bull; **Reefer Monitoring Integration:** Works with Motive Asset Gateway Solar and Mini, along with Reefer Monitoring to provide a complete view of trailer conditions, combining live sensor data, alerts, and historical reports in the Motive Dashboard.<br><br>https://helpcenter.gomotive.com/hc/en-us/articles/31079150112797-Environmental-Sensor-Overview.<br><br>The Motive Asset Gateway Mini comprises one or more processors configured to execute program instructions to cause the object tracking device to communicate, via at least one of the wireless communication interfaces, with the one or more sensors.  The Motive Asset Gateway Mini's processor(s) execute program instructions that cause the device to communicate wirelessly with one or more sensors via, for example, a Bluetooth communication interface.<br><br>**Sensors and data streams**<br>&bull; Motion Sensor<br>&bull; Battery Level<br>&bull; Speed (< 1,900 kph)<br>&bull; Altitude (< 18,000 m)<br>&bull; Location<br>&bull; Heading<br>&bull; Temperature |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | • GPS with Assisted GPS, for more reliable GPS and quicker on-demand pings<br>• Cell Tower Location used as auto-fallback if GPS is blocked (e.g. indoors)<br>• Bluetooth Mesh is available for frequent pings on battery, even without cell service<br><br>Motive Asset Gateway Mini Spec Sheet at 4–5, https://gomotive.com/content-library/spec-sheet/asset-gateway-mini/. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Climate Sensor** — Temperature and humidity measurement accuracy is provided through careful sensor component selection and manufacturing-line testing. **Sensor Temperature Specification** — The sensor included in this product is designed to provide the following accuracy: • -40°C to -10°C, Typical: ±0.6°C Max: ±1.0°C • -10°C to +80°C, Typical: ±0.3°C Max: ±0.6°C **Long-Term Drift** — The typical long-term temperature **Connectivity & Data** — **Data Capture & Transfer** Samples recorded every 1 minute. Transfers via Bluetooth. **Gateway Compatibility** • Asset Gateway Mini (AG-31.3+ only) Motive Environmental Sensor Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/environmental-sensor/. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Climate Sensor** — Temperature and humidity measurement accuracy is provided through careful sensor component selection and manufacturing-line testing. **Sensor Temperature Specification:** The sensor included in this product is designed to provide the following accuracy: <br> • -40°C to -10°C, Typical: ±0.6°C Max: ±1.0°C <br> • -10°C to +80°C, Typical: ±0.3°C Max: ±0.6°C <br><br> **Connectivity & Data** — **Data Capture & Transfer** Samples recorded every 1 minute. Transfers via Bluetooth. **Gateway Compatibility** • Asset Gateway Mini (AG-31.3+ only) <br><br> Motive Door and Environmental Sensor Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/door-and-environmental-sensor/. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Optimize equipment utilization**<br><br>· Monitor your entire inventory alongside your drivers and vehicles.<br>· Re-allocate equipment to where it's needed most, or right-size your owned inventory.<br>· Redeploy assets to productive use and re-route equipment that may have been placed on the wrong truck to keep operations running smoothly.<br><br>Location · View location history<br><br>LH200 · Oliver Ott · FB200<br><br>11/05/2024 9:00 PM PT<br>894 Lakewood Circle, Cedar Rapids, IA<br>Approximate location via Bluetooth<br><br>**Motive Mesh Network**<br>· A network consisting of connected Motive Vehicle Gateways, the Motive Fleet App, and the Driver App that provides approximate Bluetooth location updates to help find your equipment.<br><br>**Connectivity**<br>· Bluetooth 5<br><br>**Location**<br>· Bluetooth connection provides you with location data viewable in the Motive Fleet App and Fleet View dashboard.<br>· Real-time and historic location data is available in conjunction with other vehicle and asset location information in Motive.<br>· Geolocation data is provided based on the GPS location of nearby devices on the Motive Mesh Network. These devices listen for the Bluetooth Advertisement of Motive Beacon and report their GPS location as the Beacon's approximate last known location.<br><br>Motive Beacon Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/beacon/. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[c.2] receive the information associated with the storage unit collected by the one or more sensors; | The Motive Asset Gateway Solar comprises one or more processors configured to execute program instructions to cause the object tracking device to receive the information associated with a storage unit collected by the one or more sensors.  Information collected by the one or more sensors is communicated via Bluetooth and/or cellular connections.  The Motive Asset Gateway Solar receives sensor-collected information associated with the storage unit via its wireless communication interface. <br><br> **Communications**    **Cellular** <br> 4G (CAT-M1) US, Canada, Mexico ready <br><br> **Security** <br> Secure data communication with server, secure firmware update <br><br> **Hardware**    **Unit lifetime** <br> 5-year warranty <br><br> **Memory** <br> Up to 6 weeks of log data <br><br> **Dimensions** <br> • Either Solar Powered or Cable Powered <br> • Cable Powered: connects to 7-way trailer connector (vehicle power) <br> • 9V–32V input using Cable 4020 (cable available on request) <br><br> **Weight** <br> 13.3 oz (378 g) <br><br> **Dimensions with solar mount** <br> 12.55 × 2.39 × 2.68 in (318.8 × 60.8 × 68 mm) <br><br> **Weight with solar mount** <br> 15.4 oz (437 g) <br><br> **Sensors and data streams** <br> • Motion sensor <br> • Battery level <br> • Speed <br> • Altitude <br> • Location <br> • Heading |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
|  | Asset Gateway Solar Spec Sheet at 4–5, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf. <br><br> **Uninterrupted data capture** <br><br> Transmit environmental data to the Driver App via Bluetooth, even if the vehicle loses cellular connectivity. <br><br> How often are temperature and humidity collected by the Motive Environmental Sensor? <br><br> Under normal operations, the environmental data is collected every 1 minute. Data is transferred to a connected, powered Asset Gateway or Vehicle Gateway through a low-energy Bluetooth connection. <br><br> https://gomotive.com/products/reefer-monitoring-system/. <br><br> • **Reefer Monitoring Integration:** Works with Motive Asset Gateway Solar and Mini, along with Reefer Monitoring to provide a complete view of trailer conditions, combining live sensor data, alerts, and historical reports in the Motive Dashboard. <br><br> https://helpcenter.gomotive.com/hc/en-us/articles/31079150112797-Environmental-Sensor-Overview. <br><br> The Motive Asset Gateway Mini comprises one or more processors configured to execute program instructions to cause the object tracking device to receive the information associated with a storage unit collected by the one or more sensors.  Information collected by the one or more sensors is communicated via Bluetooth and/or cellular connections.  The Asset Gateway Mini receives sensor-collected information associated with the storage unit via its wireless communication interface. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Cellular**  4G CAT-M1 US, Canada, Mexico Ready<br><br>**GPS**  GPS support only<br><br>**Security**  Secure data communication with server, secure firmware update<br><br>Motive Asset Gateway Mini Spec Sheet at 5, https://gomotive.com/content-library/spec-sheet/asset-gateway-mini/. |

37

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Climate Sensor** — Temperature and humidity measurement accuracy is provided through careful sensor component selection and manufacturing-line testing.<br><br>**Sensor Temperature Specification** — The sensor included in this product is designed to provide the following accuracy:<br>• -40°C to -10°C, Typical: ±0.6°C Max: ±1.0°C<br>• -10°C to +80°C, Typical: ±0.3°C Max: ±0.6°C<br><br>**Long-Term Drift** — The typical long-term temperature<br><br>**Connectivity & Data** — **Data Capture & Transfer** Samples recorded every 1 minute. Transfers via Bluetooth.<br><br>**Gateway Compatibility**<br>• Asset Gateway Mini (AG-31.3+ only)<br><br>Motive Environmental Sensor Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/environmental-sensor/. |

| Claim | Exemplary Evidence of Motive's Infringement | |
|---|---|---|
| | **Climate Sensor** | Temperature and humidity measurement accuracy is provided through careful sensor component selection and manufacturing-line testing. |
| | | **Sensor Temperature Specification:** |
| | | The sensor included in this product is designed to provide the following accuracy:<br>• -40°C to -10°C, Typical: ±0.6°C Max: ±1.0°C<br>• -10°C to +80°C, Typical: ±0.3°C Max: ±0.6°C |
| | **Connectivity & Data** | **Data Capture & Transfer** |
| | | Samples recorded every 1 minute. Transfers via Bluetooth. |
| | | **Gateway Compatibility** |
| | | • Asset Gateway Mini (AG-31.3+ only) |
| | Motive Door and Environmental Sensor Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/door-and-environmental-sensor/. | |

39

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Optimize equipment utilization**<br><br>· Monitor your entire inventory alongside your drivers and vehicles.<br>· Re-allocate equipment to where it's needed most, or right-size your owned inventory.<br>· Redeploy assets to productive use and re-route equipment that may have been placed on the wrong truck to keep operations running smoothly.<br><br>**Motive Mesh Network** · A network consisting of connected Motive Vehicle Gateways, the Motive Fleet App, and the Driver App that provides approximate Bluetooth location updates to help find your equipment.<br><br>**Connectivity** · Bluetooth 5<br><br>**Location**<br>· Bluetooth connection provides you with location data viewable in the Motive Fleet App and Fleet View dashboard.<br>· Real-time and historic location data is available in conjunction with other vehicle and asset location information in Motive.<br>· Geolocation data is provided based on the GPS location of nearby devices on the Motive Mesh Network. These devices listen for the Bluetooth Advertisement of Motive Beacon and report their GPS location as the Beacon's approximate last known location.<br><br>Motive Beacon Spec Sheet at 3, https://gomotive.com/content-library/spec-sheet/beacon/. |

40

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[c.3] monitor a power level of the power storage device; and | The Motive Asset Gateway Solar monitors a power level of the power storage device.  The Motive Asset Gateway Solar's product specification describes low battery notifications, thus indicating that battery level monitoring is an aspect of the product design.  The product's processor causes the device to monitor a power level.<br><br>**Key Features**<br><br>**Real-time visibility in one dashboard**<br>Maximize utilization with current and historical location of every equipment and trailer from a single dashboard.<br><br>**Instant alerts**<br>Quickly address issues with alerts for unexpected movements, geofence breaches, low battery, dormancy, and more. |

| Claim | Exemplary Evidence of Motive's Infringement |
|-------|---------------------------------------------|
| | **Specifications**<br><br>**Battery life**<br><br><table><tr><td>**Feature**</td><td>**Moving**</td><td>**Stationary**</td></tr><tr><td>Battery life with solar charging</td><td>Indefinite</td><td>Indefinite</td></tr><tr><td>Battery life when unplugged</td><td>2+ months (assumes 8hr/day driving 5 days per week)</td><td>10+ months (assumes 2 GPS pings per day)</td></tr></table><br>Asset Gateway Solar Spec Sheet at 3–4, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf.<br><br>Further, the Motive Asset Gateway Solar adjusts its data performance based on battery charge, and thus necessarily monitors a power level of the power storage device. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Dynamic data performance** <table><tr><td>Battery charge</td><td colspan="2">Solar powered</td><td>Cabled powered</td></tr><tr><td></td><td>Moving</td><td>Stationary</td><td>Moving/stationary</td></tr><tr><td>More than 50%</td><td>1 min capture<br>5 min report</td><td>12 hrs capture<br>12 hrs report</td><td>1 min capture<br>1 min report</td></tr><tr><td>10 to 50%</td><td>5 min capture<br>15 min report</td><td>12 hrs capture<br>12 hrs report</td><td>1 min capture<br>1 min report</td></tr><tr><td>Less than 10%</td><td>4 hrs capture<br>4 hrs report</td><td>12 hrs capture<br>12 hrs report</td><td>1 min capture<br>1 min report</td></tr></table> *Id.* at 4<br><br>The Motive Asset Gateway Mini monitors a power level of the power storage device.  The Motive Asset Gateway Mini's product specification describes a battery level sensor, thus indicating that battery level monitoring is an aspect of the product design.  The product's processor causes the device to monitor a power level. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Sensors and data streams**    • Motion Sensor<br>• Battery Level<br><br>🔋<br><br>**Long-Life Battery:**<br>Designed to last 5 years with<br>2 check-ins per day.<br><br>Motive Asset Gateway Mini Spec Sheet at 1, 5, https://gomotive.com/content-library/spec-sheet/asset-gateway-mini/.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |
| 1[c.4] communicate, via at least one of the wireless communication interfaces, at least some of the location information and the information associated | The Motive Asset Gateway Solar's one or more processors execute program instructions causing the device to communicate, via at least one of the wireless communication interfaces, at least some of the location information and the information associated with a storage unit to the external server system. The Motive Asset Gateway Solar communicates, via its cellular wireless interface, location information and sensor-derived information associated with the storage unit to an external server system. |

| with the storage unit to the external server system. | **Real-time visibility in one dashboard**<br><br>Maximize utilization with current and historical location of every equipment and trailer from a single dashboard. | |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | Asset Gateway Solar Spec Sheet at 1, 3, https://gomotive.com/wp-content/uploads/2024/04/Asset-Gateway-Solar-Spec-Sheet.pdf.<br><br>The Motive Asset Gateway Mini's one or more processors execute program instructions causing the device to communicate, via at least one of the wireless communication interfaces, at least some of the location information and the information associated with a storage unit to the external server system. The Motive Asset Gateway Mini communicates, via its cellular wireless interface, location information and sensor-derived information associated with the storage unit to an external server system. |

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Cellular** 4G CAT-M1 US, Canada, Mexico Ready<br><br>**GPS** GPS support only<br><br>**Key benefits**<br><br>**Get unparalleled visibility into live and historic locations.**<br><br>Real-time GPS tracking eliminates time spent on manual check-ins.<br><br>· Triple defenses against GPS obstructions using cell tower data and triangulation and Bluetooth signals.<br>· Confirm trailers are going to the right place with automated vehicle-asset-driver pairing.<br>· On-demand pings in battery mode to find equipment beyond pre-configured check-ins. |

47

| Claim | Exemplary Evidence of Motive's Infringement |
|---|---|
| | **Put location data to work to protect your assets and better serve customers.**<br><br>Use geofences and shareable live locations for timely responses.<br><br>· Prevent theft and loss with alerts when assets move unexpectedly.<br>· Get notified when assets arrive on site so work can start and deliveries completed.<br>· Give customers real-time information they can follow on asset location.<br><br>Motive Asset Gateway Mini Spec Sheet at 2–3, 5, https://gomotive.com/content-library/spec-sheet/asset-gateway-mini/.<br><br>To the extent this limitation is not satisfied literally, it is satisfied under the doctrine of equivalents at least because any difference between the Motive products and claim language is insubstantial.  In addition, the Motive system operates in substantially the same way, to perform the substantially same function, and achieves substantially the same results as this claim limitation. |